# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| Paul Dorr, and Alexander Dorr, individually and on behalf of all other persons similarly situated, | Court File No. 5:08-CV-04093 |
| Plaintiffs, | **STATEMENT OF INTEREST OF PAUL DORR** |
| vs. | |
| Douglas L. Weber, individually and in his capacity as Sheriff, and his successors, the Osceola County Sheriffs Department, Iowa, and Osceola County, Iowa, | |
| Defendants. | |

As required by LR 7.1 and LR 81.c, d, and e, Plaintiff Paul Dorr provides the following information to the court:

(a) *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Plaintiffs as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Plaintiffs' outcome in the case:*

> Copperhead Consulting Services
> Rescue the Perishing

(b) *With respect to each entity names in response to (a), the following describes its connection to or interest in the litigation or both:*

Paul Dorr does business as Copperhead Consulting Services and Rescue the Perishing but they have no independent connection to or interest in the litigation.

MOHRMAN & KAARDAL, P.A.

Dated: October 31, 2008

s/<u>Vincent J. Fahnlander</u>
Vincent J. Fahnlander
Erick G. Kaardal
33 South Sixth Street, Suite 4100
Minneapolis, Minnesota 55402
Telephone: 612-341-1074
Facsimile: 612-341-1076
Fahnlander@mklaw.com
Kaardal@mklaw.com
Grzybek@mklaw.com
Fincham@mklaw.com

*Attorneys for Plaintiffs*