# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

Paul Dorr, and Alexander Dorr, individually and on behalf of all other persons similarly situated,

      Plaintiffs,

vs.

Douglas L. Weber, individually and in his capacity as Sheriff, and his successors, the Osceola County Sheriffs Department, Iowa, and Osceola County, Iowa,

      Defendants.

Court File No. 5:08-CV-04093

**STATEMENT OF INTEREST OF ALEXANDER DORR**

As required by LR 7.1 and LR 81.c, d, and e, Plaintiff Paul Dorr provides the following information to the court:

(a) *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Plaintiffs as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Plaintiffs' outcome in the case:*

    None.

(b) *With respect to each entity names in response to (a), the following describes its connection to or interest in the litigation or both:*

    Not applicable.

<b>MOHRMAN & KAARDAL, P.A.</b>

Dated: October 31, 2008

s/<u>Vincent J. Fahnlander</u>
Vincent J. Fahnlander
Erick G. Kaardal
33 South Sixth Street, Suite 4100
Minneapolis, Minnesota 55402
Telephone: 612-341-1074
Facsimile: 612-341-1076
<u>Fahnlander@mklaw.com</u>
<u>Kaardal@mklaw.com</u>
<u>Grzybek@mklaw.com</u>
<u>Fincham@mklaw.com</u>

*Attorneys for Plaintiffs*