# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| PAUL DORR, AND ALEXANDER DORR, INDIVIDUALLY AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> vs. <br><br> DOUGLAS L. WEBER, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF, AND HIS SUCCESSORS, THE OSCEOLA COUNTY SHERIFFS DEPARTMENT, IOWA AND OSCEOLA COUNTY, IOWA, <br><br> Defendants. | CASE NO. 5:08-cv-04093-MWB <br><br> **OSCEOLA COUNTY SHERIFF'S DEPARTMENT AND "SUCCESSORS" TO SHERIFF DOUGLAS WEBER'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

COME NOW Defendants, The Osceola County Sheriff's Department, and Sheriff Douglas L. Weber's "Successors," pursuant to F.R.Civ.P. 12(b)(6), and move to dismiss the First Amended Complaint. In support of their Motion, these Defendants state as follows:

1. Plaintiffs filed this case on October 29, 2008. They alleged in Counts III and VI of the Complaint that the Osceola County Sheriff's Department (hereinafter "Sheriff's Department") denied Plaintiffs due process and equal protection under the Fourteenth Amendment, and the right to keep and bear arms under the Second Amendment, when Sheriff Douglas Weber denied Plaintiffs' applications for weapons permits. On November 19, 2008, Plaintiffs filed a First Amended Complaint in which identical allegations were made.

2. An Iowa Sheriff's Department is not a suable entity.

3. In addition, while no specific claims appear to be directed toward the "successors" of Sheriff Douglas Weber, these successors are named as defendants.

**KLASS LAW FIRM, L.L.P.**

1

4. A sitting Sheriff has no successors. There is no one who can be served. Successors do not exist in the context of this case.

5. Defendants' Brief in Support of Motion to Dismiss the First Amended Complaint is filed with this Motion and incorporated herein.

WHEREFORE, Movants pray for an Order dismissing them from this litigation.

Respectfully submitted,

*/s/ Douglas L. Phillips*
Douglas L. Phillips
KLASS LAW FIRM, L.L.P.
Mayfair Center, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, IA 51106
phillips@klasslaw.com
WWW.KLASSLAW.COM
712/252-1866
712/252-5822 fax

ATTORNEYS FOR DEFENDANTS

Copy to:

Vincent J. Fahnlander
33 South Sixth Street, Suite 4100
Minneapolis, MN 55402

Erick G. Kaardal
33 South Sixth Street, Suite 4100
Minneapolis, MN 55402

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleading on ____December 1,_____, 2008

By: _____ U.S. Mail   _____ facsimile
    _____ Hand delivered   _____ Overnight courier
    _____ Other _____   __X__ ECF

Signature _____

**KLASS LAW FIRM, L.L.P.**