# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

PAUL DORR, AND ALEXANDER
DORR, individually and on behalf of all
other persons similarly situated,

        Plaintiffs,

vs.

DOUGLAS L. WEBER, individually
and in his capacity as Sheriff of Osceola
County; and OSCEOLA COUNTY,
IOWA,

        Defendants.

Court File No. 5:08-CV-04093

---

### Declaration of Vincent J. Fahnlander
### in Support of Plaintiffs' Motion for Leave to Amend their First-Amended
### Complaint

I, Vincent J. Fahnlander, declare as follows:

1.  I understand this declaration is made under the provisions of 28 U.S.C. § 1746.

2.  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

3.  After the responses to Plaintiffs' written discovery requests and supplementation by the Defendants on July 30, 2009 (received by our office in August), I did inquire and work with defense counsel Douglas Phillips regarding the taking of depositions of all parties. Each side sought to schedule depositions in October but conflicts resulted in the scheduling of depositions in November 2009.

4.  The deposition of Douglas Weber occurred on November 30, 2009 to accommodate his schedule.

5.  Paul Dorr's deposition was also taken on November 30, 2009.

6. Alex Dorr's deposition could not be held as anticipated because of an illness, but continued to a mutually agreed date of January 13, 2010.

7. After reviewing the deposition of Douglas Weber, I determined that facts were sufficient to assert a First Amendment claim. I requested from defense counsel an acceptance of First Amendment allegations to which he agreed. Phillips requested, however, that Paul Dorr be made available for additional deposition testimony on the allegations.

8. I also promised and delivered to defense counsel on January 4, 2010, Plaintiffs proposed Second-Amended Complaint reflecting Paul Dorr's First Amendment claim. This occurred prior to the deposition of Paul Dorr and Alex Dorr held on January 13, 2010.

9. I have attached as examples of the type of documents received in response to Plaintiffs' written discovery. **See Exhibit A.** These typical documents do not discern the possibility of First Amendment claims as apparently admitted in Defendant Douglas Weber's deposition.

10. I have attached as **Exhibit B** the references to the deposition transcripts identified in Plaintiffs' brief in support of their motion for leave to amend their First-Amended Complaint:

    a. Douglas Weber Tr. pp. 123 – 125;
    b. Paul Dorr Tr. pp. 25-26; 29-30.

11. My office filed Plaintiffs' Second-Amended Complaint on January 4, 2010, a misstep contrary to the Rules of Court and this Court's Local Rules. The misstep was my responsibility for which I apologize to the Court.

12. Counsel for all parties have verbally agreed that upon the filing of the Second-Amended Complaint, defense counsel will answer the Complaint before the February 18, 2010 disposition motion deadline.

Dated: February 5, 2010.

Vincent J. Fahnlander

Copy to:

Douglas L. Phillips
Klass Law Firm, L.L.P.
Mayfair Center, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, IA 51106

CERTIFICATE OF SERVICE
The undersigned certifies that the foregoing instrument
was served upon all parties to the above cause to each of
the attorneys of record herein at their respective addresses
disclosed on the pleading on February 5, 2010.
By: _____ U.S. Mail _____ facsimile
_____ Hand delivered _____ Overnight courier
_____ Other _____ X ECF

Signature _____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### WESTERN DIVISION

| | |
|---|---|
| PAUL DORR, AND ALEXANDER DORR, INDIVIDUALLY AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED, | NO. 5:008-cv-04093-MWB |
| Plaintiffs, | DEFENDANTS' INITIAL DISCLOSURES |
| vs. | |
| DOUGLAS L. WEBER, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF, AND HIS SUCCESSORS, THE OSCEOLA COUNTY SHERIFFS DEPARTMENT, IOWA AND OSCEOLA COUNTY, IOWA, | |
| Defendants. | |

COME NOW Defendants Douglas Weber and Osceola County, Iowa, pursuant to

F.R.Civ.P. 26, and make the following disclosures:

## PERSONS WITH DISCOVERABLE INFORMATION

1.  Douglas L. Weber
    Osceola County Sheriff's Office
    309 Sixth Street
    Sibley, IA  51249

    Sheriff Weber denied the permits at issue in this case and will testify
    concerning the reasons for his decisions.

2.  Dan DeKoter
3.  Kevin Hertz
4.  Employees of:
    a.  Ocheydan Press/Melvin News
        (1)  Arlyn Pedley
        (2)  Lori Wiser
    b.  Worthington Daily Globe
    c.  Northwest Review
5.  Members of the Public Safety Commission
6.  Members of the Osceola County Board of Supervisors
7.  Adri Ruisch
8.  Lois Stahl
9.  Don Hibbing

KLASS LAW FIRM.
L.L.F.



EXHIBIT
A



DEPOSITION
EXHIBIT
6

Jm  11-30-09

10. Arlin Pedley
11. Al and Judy Bruegemann
12. Kevin Wolfswinkel
13. Debra Dorr
14. Mrs. Bill Johnson
15. Dickinson County Sheriff Greg Baloun
16. Clay County Sheriff Randy Krukow

Defendant anticipates that some or all of these people have information about Paul Dorr's reputation and behavior.

## DOCUMENTS

1. Paul Dorr Application for Permit to Carry, 2.1.98
2. Paul Dorr Application for Permit to Carry, 3.30.01
3. Paul Dorr Application for Permit to Carry, 4.6.02
4. Paul Dorr Application for Permit to Carry, 5.28.03
5. Paul Dorr Application for Permit to Carry, 6.29.04
6. Paul Dorr Application for Permit to Carry, 6.27.05
7. Paul Dorr Application for Permit to Carry, 7.19.06
8. Paul Dorr Application for Permit to Carry, 7.7.07
9. Alexander Dorr Application for Permit to Carry, 12.6.07

## INSURANCE AGREEMENTS

1. Copies of the applicable declarations pages are attached.

Respectfully submitted,

Douglas L. Phillips
KLASS LAW FIRM, L.L.P.
Mayfair Center, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, IA 51106
phillips@klasslaw.com
WWW.KLASSLAW.COM
712/252-1866
712/252-5822 fax

ATTORNEYS FOR DEFENDANTS

Copy to:

Vincent J. Fahnlander
33 South Sixth Street, Suite 4100
Minneapolis, MN 55402

Erick G. Kaardal
33 South Sixth Street, Suite 4100
Minneapolis, MN 55402

CERTIFICATE OF SERVICE
The undersigned certifies that the foregoing
instrument was served upon all parties to the
above cause to each of the attorneys of record
herein at their respective addresses disclosed
on the pleading on ___3/16___, 2009
By: _____ U.S. Mail          _____ facsimile
     __/__ Hand delivered      _____ Overnight courier
     __/__ Other _email_        _____ EFC

Signature _____

# STATE OF IOWA

## APPLICATION FOR PERMIT TO CARRY WEAPONS

### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

☐ Professional Permit (WP1)      ☐ Peace Officer Permit (WP7)
☒ Nonprofessional Permit (WP2)   ☐ Reserve Peace Officer Permit (WP10)
                                  ☐ Correctional Officer Permit (WP9)

☐ New Application
☒ Renewal - Permit Number **OSPO - 346.**

Firearms Safety Training Certification Number or Peace Officer Certification Date : **31221**

Attach copy of WP0 Firearms Safety Training Program Certificate of Completion (except certified peace officer)

Name **Dorr**          **Paul**          **Robert**          Phone # ( **712** ) **758** - **3372**
  (last)              (first)           (middle)

Other Names Ever Used (aliases) **N/A**

Residence **579 2nd Street          Ocheyedan          Iowa          51354**
                                    (city)              (state)      (zip)

Driver License or Non-Operator ID# _____          County of Residence **Osceola**

Birthdate **5 / 15 / 1956**  Age **50**  Sex **M**  Hgt **6'1½"**  Wgt **300**  Hair **Br**  Eyes **Br**

### Authorization for Release - Weapon Permit Applications

I, **Paul R. Dorr**, do hereby authorize a review and full disclosure of all records concerning myself, as required by Iowa Code chapter 724, to any duly authorized agent of an Iowa sheriff or the Commissioner of the Iowa Department of Public Safety, whether the said records are of a public, private or confidential nature.

The intent of this authorization is to give my consent for full and complete disclosure of records of psychiatric treatment, substance abuse treatment, consultation and/or court ordered involuntary hospitalization including hospitals, clinics, private practitioners, the U.S. Veteran's Administration and clerks of court, as necessary to verify that I meet the requirements of the state of Iowa and the United States for the acquisition and possession of a firearm, and shall not be disseminated for any other purpose.

I understand that any information obtained which is developed directly or indirectly, in whole or part, upon this release authorization will be considered in determining my suitability for obtaining a permit to carry or acquire weapons in the state of Iowa. I also certify that any person(s) who may furnish such information concerning me shall not be held accountable for providing accurate information, and I do hereby release said person(s) from any and all liability which may be incurred as a result of furnishing such information.

I understand that the information contained in these records will be used for no purpose other than those stated above, and will be kept strictly confidential by the office of the issuing official.

I understand that I may be convicted of a class "D" felony pursuant to Iowa Code section 724.10 if I make a false statement of material fact on this application.

I understand that all information provided on this application is considered public record and may be disclosed upon request.

*This "Signature On File" will be valid from this date and shall expire in one year.*

Applicant Signature **Paul R. Dorr**          Date **July 19, 2006**
WP5  Rev. 02/2003

**All of the following questions must be answered:**

Yes No
- [ ] [X] 1. Have you ever been convicted of a felony?
- [ ] [X] 2. Have you ever been convicted of the misdemeanor crime of domestic abuse assault?
- [ ] [X] 3. Have you ever been convicted of the misdemeanor crime of assault in violation of individual rights (hate crime)?
- [ ] [X] 4. Have you ever been convicted of the misdemeanor crime of assault on a peace officer, jailer, correctional officer, fire fighter or health care provider?
- [ ] [X] 5. Have you ever been convicted of the misdemeanor crime of setting a spring gun or trap?
- [ ] [X] 6. Have you ever been convicted of the misdemeanor crime of hazing?
- [ ] [X] 7. Have you ever been convicted of the misdemeanor crime of stalking?
- [ ] [X] 8. Are you addicted to the use of alcohol or any controlled substance?
- [ ] [X] 9. Do you have a history of repeated acts of violence?
- [ ] [X] 10. Have you ever been adjudged mentally incompetent?

If you answered yes to any of the above, please explain: _____

_____

- [X] [ ] 11. Are you a citizen of the United States? If not, provide country of citizenship and alien registration number: Country of citizenship: _____ Alien registration number: _____

## STATEMENT OF JUSTIFICATION
### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

This statement is to contain clear and convincing evidence that this applicant may be required to use deadly force to protect his/her life or the life of another. The issuing officer may accept or reject this application for a permit to carry based on this narrative and other considerations.

*Carry large amounts of cash on occasion & Self Defense*

_____

_____

Applicant Signature _Paul R Dore_ Date _July 19, 2006_

## EMPLOYER AUTHORIZATION

This section is to be completed by the employer of an applicant for a professional permit to carry weapons. This authorization affirms the above described justification for issuance as being an employment requirement.

Employer Name _____ Telephone _____

Employer Address _____

Employer Signature _____ Date _____

## ISSUING OFFICER
### MUST BE COMPLETED BY SHERIFF OR COMMISSIONER OF PUBLIC SAFETY

Application: [X] Approved [ ] Disapproved Date _02-20-06_

Reason Disapproved: _____

Signature _Doyle Weber_ [X] Sheriff of _Osceola_ County, Iowa
[ ] Commissioner of the Iowa Department of Public Safety
[ ] New Fee $ _____ [ ] Renewal Fee $ _____ [ ] Peace Officer/Correctional Officer - No Fee

# STATE OF IOWA

## APPLICATION FOR PERMIT TO CARRY WEAPONS

### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

☐ Professional Permit (WP1)          ☐ Peace Officer Permit (WP7)
☑ Nonprofessional Permit (WP2)       ☐ Reserve Peace Officer Permit (WP10)
                                      ☐ Correctional Officer Permit (WP9)

☐ New Application
☑ Renewal - Permit Number _OSPO-3H6 (2006)_

Firearms Safety Training Certification Number or Peace Officer Certification Date _____

**Attach copy of WP0 Firearms Safety Training Program Certificate of Completion (except certified peace officer)**

Name _Dorr_ _Paul_ _Robert_     Phone # ( _712_ ) _758_ - _3372_
   (last)      (first)      (middle)

Other Names Ever Used (aliases) _None_

Residence _579 2nd Street_ _Ocheyedan_ _Iowa_ _51354_
         (city)      (state)   (zip)

Driver License or Non-Operator ID# _509 WW3353_ County of Residence _Osceola_

Birthdate _5_ / _15_ / _1956_ Age _51_ Sex _M_ Hgt _6'1½"_ Wgt _320_ Hair _Br_ Eyes _Br_

## Authorization for Release - Weapon Permit Applications

I, _Paul R. Dorr_ , do hereby authorize a review and full disclosure of all records concerning myself, as required by Iowa Code chapter 724, to any duly authorized agent of an Iowa sheriff or the Commissioner of the Iowa Department of Public Safety, whether the said records are of a public, private or confidential nature.

The intent of this authorization is to give my consent for full and complete disclosure of records of psychiatric treatment, substance abuse treatment, consultation and/or court ordered involuntary hospitalization including hospitals, clinics, private practitioners, the U.S. Veteran's Administration and clerks of court, as necessary to verify that I meet the requirements of the state of Iowa and the United States for the acquisition and possession of a firearm, and shall not be disseminated for any other purpose.

I understand that any information obtained which is developed directly or indirectly, in whole or part, upon this release authorization will be considered in determining my suitability for obtaining a permit to carry or acquire weapons in the state of Iowa. I also certify that any person(s) who may furnish such information concerning me shall not be held accountable for providing accurate information, and I do hereby release said person(s) from any and all liability which may be incurred as a result of furnishing such information.

I understand that the information contained in these records will be used for no purpose other than those stated above, and will be kept strictly confidential by the office of the issuing official.

I understand that I may be convicted of a class "D" felony pursuant to Iowa Code section 724.10 if I make a false statement of material fact on this application.

I understand that all information provided on this application is considered public record and may be disclosed upon request.

_This "Signature On File" will be valid from this date and shall expire in one year._

Applicant Signature _Paul R Dorr_          Date _July 7, 2007_
WP5  Rev. 09/2005

**All of the following questions must be answered:**

Yes No

☐ ☑ 1. Have you ever been convicted of a felony?
☐ ☑ 2. Have you ever been convicted of the misdemeanor crime of domestic abuse assault?
☐ ☑ 3. Have you ever been convicted of the misdemeanor crime of assault in violation of individual rights (hate crime)?
☐ ☑ 4. Have you ever been convicted of the misdemeanor crime of assault on a peace officer, jailer, correctional officer, fire fighter or health care provider?
☐ ☑ 5. Have you ever been convicted of the misdemeanor crime of setting a spring gun or trap?
☐ ☑ 6. Have you ever been convicted of the misdemeanor crime of hazing?
☐ ☑ 7. Have you ever been convicted of the misdemeanor crime of stalking?
☐ ☑ 8. Are you addicted to the use of alcohol or any controlled substance?
☐ ☑ 9. Do you have a history of repeated acts of violence?
☐ ☑ 10. Have you ever been adjudged mentally incompetent?

If you answered yes to any of the above, please explain: _____

☑ ☐ 11. Are you a citizen of the United States?  If not, provide country of citizenship and alien registration number (ARN):

Country of citizenship: _____  Alien registration number: _____

## STATEMENT  OF  JUSTIFICATION
**TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT**

Occasionally carry large amounts of cash.  Self-defense

Applicant Signature _Paul R. Dorr_  Date _July 7, 2007_

## EMPLOYER  AUTHORIZATION

This section is to be completed by the employer of an applicant for a professional permit to carry weapons.  This authorization affirms the above described justification for issuance as being an employment requirement.

Employer Name _____  Telephone _____

Employer Address _____

Employer Signature _____  Date _____

## ISSUING  OFFICER
**MUST BE COMPLETED BY SHERIFF OR COMMISSIONER OF PUBLIC SAFETY**

Application:  ☐ Approved  ☒ Disapproved  Date _08-09-07_

Reason Disapproved: _Concerns from Public. Don't trust
Resu._

# STATE OF IOWA

## APPLICATION FOR PERMIT TO CARRY WEAPONS
### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

☐ Professional Permit (WP1)
☒ Nonprofessional Permit (WP2)

☐ Peace Officer Permit (WP7)
☐ Reserve Peace Officer Permit (WP10)
☐ Correctional Officer Permit (WP9)

DEPOSITION EXHIBIT
5
JM   11-30-09
PENGAD 800-631-6989

☐ New Application
☒ Renewal - Permit Number _143935_

**Firearms Safety Training Certification Number or Peace Officer Certification Date** _74976_

**Attach copy of WP0 Firearms Safety Training Program Certificate of Completion (except certified peace officer)**

Name _Kleve        Chad        A_        Phone # _712 _ 758 _ 3211_
   (last)       (first)       (middle)

Other Names Ever Used (aliases) _____

Residence _5819 Hwy 9 ·        Ocheyedan        IA        51354_
   (street)       (city)       (state)     (zip)

Social Security No. _481 _ 98 _ 3256_        County of Residence _____

Birthdate _11 _ 25 _ 22_ Age _27_ Sex _M_ Hgt. _5'11"_ Wgt _210_ Hair _B_ Eyes _H_

## Authorization for Release - Weapon Permit Applications

I, _____; do hereby authorize a review and full disclosure of all records concerning myself, as required by Iowa Code chapter 708 (except sections 708.1 and 708.7) and chapter 724, to any duly authorized agent of an Iowa sheriff or the Commissioner of the Iowa Department of Public Safety, whether the said records are of a public, private or confidential nature.

The intent of this authorization is to give my consent for full and complete disclosure of records of psychiatric treatment, substance abuse treatment, consultation and/or court ordered involuntary hospitalization including hospitals, clinics, private practitioners, the U.S. Veteran's Administration and clerks of court, as necessary to verify that I meet the requirements of the state of Iowa and the United States for the acquisition and possession of a firearm, and shall not be disseminated for any other purpose.

I understand that any information obtained which is developed directly or indirectly, in whole or part, upon this release authorization will be considered in determining my suitability for obtaining a permit to carry or acquire weapons in the state of Iowa. I also certify that any person(s) who may furnish such information concerning me shall not be held accountable for providing accurate information, and I do hereby release said person(s) from any and all liability which may be incurred as a result of furnishing such information.

I understand that a person who gives a false name or presents false identification, or otherwise knowingly gives false material information on this application commits a class "D" felony (section 724.10 or 724.21).

I understand that the information contained in these records will be used for no purpose other than those stated above, and will be kept strictly confidential by the office of the issuing official.

*This "Signature On File" will be valid from this date and shall expire in one year.*

Applicant Signature _____        Date _8-31-09_
CFN 595-1162 WP5  Rev. 8/98

WEBER 171

**All of the following questions must be answered:**

Yes  No
- ☐ ☒ 1. Have you ever been convicted of a felony?
- ☐ ☒ 2. Have you ever been convicted of the misdemeanor crime of domestic abuse assault?
- ☒ ☒ 3. Have you ever been convicted of the misdemeanor crime of assault in violation of individual rights (hate crime)?
- ☐ ☒ 4. Have you ever been convicted of the misdemeanor crime of assault on a peace officer, fire fighter or health care provider?
- ☐ ☒ 5. Have you ever been convicted of the misdemeanor crime of setting a spring gun or trap?
- ☐ ☒ 6. Have you ever been convicted of the misdemeanor crime of hazing?
- ☐ ☒ 7. Have you ever been convicted of the misdemeanor crime of stalking?
- ☐ ☒ 8. Are you addicted to the use of alcohol or any controlled substance?
- ☐ ☒ 9. Do you have a history of repeated acts of violence?
- ☐ ☒ 10. Have you ever been adjudged mentally incompetent?

If you answered yes to any of the above, please explain: _____ *out* _____

_____

_____

## STATEMENT OF JUSTIFICATION
### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

This statement is to contain clear and convincing evidence that this applicant may be required to use deadly force to protect his/her life or the life of another. The issuing officer may accept or reject this application for a permit to carry based on this narrative and other considerations.

*Hunting and Target Shooting* _____

_____

_____

_____

Applicant Signature _*[signature]*_____ Date _*8-31-00*_

## EMPLOYER AUTHORIZATION

This section is to be completed by the employer of an applicant for a professional permit to carry weapons. This authorization affirms the above described justification for issuance as being an employment requirement.

Employer Name _____ Telephone _____

Employer Address _____

Employer Signature _____ Date _____

## ISSUING OFFICER
### MUST BE COMPLETED BY SHERIFF OR COMMISSIONER OF PUBLIC SAFETY

Application: ☐ Approved ☐ Disapproved Date _____

Reason Disapproved: _____

_____

Signature _*[signature]*_____ ☐ Sheriff of _____ County, Iowa
☐ Commissioner of the Iowa Department of Public Safety
☐ New Fee $ _____ ☐ Renewal Fee $ _____ ☐ Peace Officer/Correctional Officer - No Fee

# STATE OF IOWA

## APPLICATION FOR PERMIT TO CARRY WEAPONS

### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

- [ ] Professional Permit (WP1)
- [x] Nonprofessional Permit (WP2)
- [ ] Peace Officer Permit (WP7)
- [ ] Reserve Peace Officer Permit (WP10)
- [ ] Correctional Officer Permit (WP9)

- [ ] New Application
- [x] Renewal - Permit Number _____

Firearms Safety Training Certification Number or Peace Officer Certification Date _____

**Attach copy of WP0 Firearms Safety Training Program Certificate of Completion (except certified peace officer)**

Name _Stanton_ (last)  _Rick_ (first)  _Alan_ (middle)  Phone # ( 712 ) 754 - 2035

Other Names Ever Used (aliases) _____

Residence _425 12th St_ (street)  _Sibley_ (city)  _Ia._ (state)  _51249_ (zip)

Social Security No. (optional) or DL # _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_  County of Residence _Osceola_

Birthdate _8_ / _18_ / _69_  Age _31_  Sex _M_  Hgt _5'10_  Wgt _185_  Hair _Br._  Eyes _GR._

## Authorization for Release - Weapon Permit Applications

I, _Rick Stanton_, do hereby authorize a review and full disclosure of all records concerning myself, as required by Iowa Code chapter 724, to any duly authorized agent of an Iowa sheriff or the Commissioner of the Iowa Department of Public Safety, whether the said records are of a public, private or confidential nature.

The intent of this authorization is to give my consent for full and complete disclosure of records of psychiatric treatment, substance abuse treatment, consultation and/or court ordered involuntary hospitalization including hospitals, clinics, private practitioners, the U.S. Veteran's Administration and clerks of court, as necessary to verify that I meet the requirements of the state of Iowa and the United States for the acquisition and possession of a firearm, and shall not be disseminated for any other purpose.

I understand that any information obtained which is developed directly or indirectly, in whole or part, upon this release authorization will be considered in determining my suitability for obtaining a permit to carry or acquire weapons in the state of Iowa. I also certify that any person(s) who may furnish such information concerning me shall not be held accountable for providing accurate information, and I do hereby release said person(s) from any and all liability which may be incurred as a result of furnishing such information.

I understand that the information contained in these records will be used for no purpose other than those stated above, and will be kept strictly confidential by the office of the issuing official.

I understand that I may be convicted of a class "D" felony pursuant to Iowa Code section 724.10 if I make a false statement of material fact on this application.

I understand the issuing officer is permitted to request my social security number (SSN) on this permit application pursuant to Iowa Code section 724.10 for permits to carry. I further understand that I am not required to provide it. The SSN, if provided voluntarily, may be used in the background investigation to assist in accurate identification. The permit application forms and the permits are public records, and if I provide my SSN, it will become part of that public record and may be disclosed upon request. I will be required to provide my driver license (DL) or Iowa ID number if I do not provide my SSN.

I understand that all information provided on this application is considered public record and may be disclosed upon request.

This "Signature On File" will be valid from this date and shall expire in one year.

Applicant Signature _____  Date _6-6-01_

WP5  Rev. 01/2001

WEBER 463

**All of the following questions must be answered:**

Yes No

1. Have you ever been convicted of a felony? ☐ ☒
2. Have you ever been convicted of the misdemeanor crime of domestic abuse assault? ☐ ☒
3. Have you ever been convicted of the misdemeanor crime of assault in violation of individual rights (hate crime)? ☐ ☒
4. Have you ever been convicted of the misdemeanor crime of assault on a peace officer, fire fighter or health care provider? ☐ ☒
5. Have you ever been convicted of the misdemeanor crime of setting a spring gun or trap? ☐ ☒
6. Have you ever been convicted of the misdemeanor crime of hazing? ☐ ☒
7. Have you ever been convicted of the misdemeanor crime of stalking? ☐ ☒
8. Are you addicted to the use of alcohol or any controlled substance? ☐ ☒
9. Do you have a history of repeated acts of violence? ☐ ☒
10. Have you ever been adjudged mentally incompetent? ☐ ☒

If you answered yes to any of the above, please explain: _____

_____

_____

☒ ☐  11. Are you a citizen of the United States?  If not, provide country of birth and alien registration number:

Country of birth: _____  Alien registration number: _____

## STATEMENT OF JUSTIFICATION
**TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT**

This statement is to contain clear and convincing evidence that this applicant may be required to use deadly force to protect his/her life or the life of another.  The issuing officer may accept or reject this application for a permit to carry based on this narrative and other considerations.

_____

_____

_____

_____

_____

Applicant Signature _____  Date _____

## EMPLOYER AUTHORIZATION

This section is to be completed by the employer of an applicant for a professional permit to carry weapons.  This authorization affirms the above described justification for issuance as being an employment requirement.

Employer Name _____  Telephone _____

Employer Address _____

Employer Signature _____  Date _____

## ISSUING OFFICER
**MUST BE COMPLETED BY SHERIFF OR COMMISSIONER OF PUBLIC SAFETY**

Application:  ☐ Approved  ☐ Disapproved  Date _____

Reason Disapproved: _____

_____

Signature _El Marshaus_____  ☐ Sheriff of _____ County, Iowa
☐ Commissioner of the Iowa Department of Public Safety
☐ New Fee $ _____  ☐ Renewal Fee $ _____  ☐ Peace Officer/Correctional Officer – No Fee

WEBER 464

# STATE OF IOWA

## APPLICATION FOR PERMIT TO CARRY WEAPONS

### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

☐ Professional Permit (WP1)  
☐ Nonprofessional Permit (WP2)

☐ Peace Officer Permit (WP7)  
☐ Reserve Peace Officer Permit (WP10)  
☐ Correctional Officer Permit (WP9)

☐ New Application  
☐ Renewal – Permit Number _____

Firearms Safety Training Certification Number or Peace Officer Certification Date _____

**Attach copy of WP0 Firearms Safety Training Program Certificate of Completion (except certified peace officer)**

Name _Nelson    Donald    P._    Phone # _(712) - 736 - 2348_  
     (last)     (first)     (middle)

Other Names Ever Used (aliases) _None_

Residence _31 Third Ave Bop 124 Melvin   Ia    51350_  
     (street)     (city)     (state)     (zip)

Social Security No. (optional) or DL # _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_ County of Residence _Osceola   Ia_

Birthdate _6_/_10_/_29_ Age _72_ Sex _M_ Hgt _5-11_ Wgt _190_ Hair _BR_ Eyes _Bl_

## Authorization for Release - Weapon Permit Applications

I, _____, do hereby authorize a review and full disclosure of all records concerning myself, as required by Iowa Code chapter 724, to any duly authorized agent of an Iowa sheriff or the Commissioner of the Iowa Department of Public Safety, whether the said records are of a public, private or confidential nature.

The intent of this authorization is to give my consent for full and complete disclosure of records of psychiatric treatment, substance abuse treatment, consultation and/or court ordered involuntary hospitalization including hospitals, clinics, private practitioners, the U.S. Veteran's Administration and clerks of court, as necessary to verify that I meet the requirements of the state of Iowa and the United States for the acquisition and possession of a firearm, and shall not be disseminated for any other purpose.

I understand that any information obtained which is developed directly or indirectly, in whole or part, upon this release authorization will be considered in determining my suitability for obtaining a permit to carry or acquire weapons in the state of Iowa. I also certify that any person(s) who may furnish such information concerning me shall not be held accountable for providing accurate information, and I do hereby release said person(s) from any and all liability which may be incurred as a result of furnishing such information.

I understand that the information contained in these records will be used for no purpose other than those stated above, and will be kept strictly confidential by the office of the issuing official.

I understand that I may be convicted of a class "D" felony pursuant to Iowa Code section 724.10 if I make a false statement of material fact on this application.

I understand the issuing officer is permitted to request my social security number (SSN) on this permit application pursuant to Iowa Code section 724.10 for permits to carry. I further understand that I am not required to provide it. The SSN, if provided voluntarily, may be used in the background investigation to assist in accurate identification. The permit application forms and the permits are public records, and if I provide my SSN, it will become part of that public record and may be disclosed upon request. I will be required to provide my driver license (DL) or Iowa ID number if I do not provide my SSN.

I understand that all information provided on this application is considered public record and may be disclosed upon request.

_This "Signature On File" will be valid from this date and shall expire in one year._

Applicant Signature _Donald P. Nelson_    Date _6-26-01_  
WP5   Rev. 01/2001

WEBER 471

**All of the following questions must be answered:**

Yes  No
☐  ☑  1. Have you ever been convicted of a felony?
☐  ☑  2. Have you ever been convicted of the misdemeanor crime of domestic abuse assault?
☐  ☑  3. Have you ever been convicted of the misdemeanor crime of assault in violation of individual rights (hate crime)?
☐  ☑  4. Have you ever been convicted of the misdemeanor crime of assault on a peace officer, fire fighter or health care provider?
☐  ☑  5. Have you ever been convicted of the misdemeanor crime of setting a spring gun or trap?
☐  ☑  6. Have you ever been convicted of the misdemeanor crime of hazing?
☐  ☑  7. Have you ever been convicted of the misdemeanor crime of stalking?
☐  ☑  8. Are you addicted to the use of alcohol or any controlled substance?
☐  ☑  9. Do you have a history of repeated acts of violence?
☐  ☑  10. Have you ever been adjudged mentally incompetent?

If you answered yes to any of the above, please explain: _____
_____
_____

☑  ☐  11. Are you a citizen of the United States?  If not, provide country of birth and alien registration number:
Country of birth: _____  Alien registration number: _____

## STATEMENT OF JUSTIFICATION
### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

This statement is to contain clear and convincing evidence that this applicant may be required to use deadly force to protect his/her life or the life of another.  The issuing officer may accept or reject this application for a permit to carry based on this narrative and other considerations.

_____
_____
_____
_____
_____

Applicant Signature _____  Date _____

## EMPLOYER AUTHORIZATION

This section is to be completed by the employer of an applicant for a professional permit to carry weapons.  This authorization affirms the above described justification for issuance as being an employment requirement.

Employer Name _____  Telephone _____

Employer Address _____

Employer Signature _____  Date _____

## ISSUING OFFICER
### MUST BE COMPLETED BY SHERIFF OR COMMISSIONER OF PUBLIC SAFETY

Application:  ☐ Approved  ☐ Disapproved     Date _____

Reason Disapproved: _____

Signature _____  ☐ Sheriff of _____ County, Iowa
☐ Commissioner of the Iowa Department of Public Safety
☐ New Fee $ _____  ☐ Renewal Fee $ _____  ☐ Peace Officer/Correctional Officer - No Fee

WEBER 472

# STATE OF IOWA

## APPLICATION FOR PERMIT TO CARRY WEAPONS

### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

☐ Professional Permit (WP1)
☐ Nonprofessional Permit (WP2)

☐ Peace Officer Permit (WP7)
☐ Reserve Peace Officer Permit (WP10)
☐ Correctional Officer Permit (WP9)

☐ New Application
☐ Renewal - Permit Number _____

Firearms Safety Training Certification Number or Peace Officer Certification Date _____

**Attach copy of WP0 Firearms Safety Training Program Certificate of Completion (except certified peace officer)**

Name _Voss_ _Eric_ _T_ Phone # ( _712_ ) _754_ - _3125_
    (last)         (first)        (middle)

Other Names Ever Used (aliases) _____

Residence _____ _Sibley_ _____ _IA_ _51249_
               (city)            (state)   (zip)

Social Security No. (optional) or DL # _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_ County of Residence _Osceola_

Birthdate _9_/_7_/_68_ Age _33_ Sex _M_ Hgt _6'1"_ Wgt _200_ Hair _Blond_ Eyes _Blue_

## Authorization for Release - Weapon Permit Applications

I, _Eric T. Voss_ , do hereby authorize a review and full disclosure of all records concerning myself, as required by Iowa Code chapter 724, to any duly authorized agent of an Iowa sheriff or the Commissioner of the Iowa Department of Public Safety, whether the said records are of a public, private or confidential nature.

The intent of this authorization is to give my consent for full and complete disclosure of records of psychiatric treatment, substance abuse treatment, consultation and/or court ordered involuntary hospitalization including hospitals, clinics, private practitioners, the U.S. Veteran's Administration and clerks of court, as necessary to verify that I meet the requirements of the state of Iowa and the United States for the acquisition and possession of a firearm, and shall not be disseminated for any other purpose.

I understand that any information obtained which is developed directly or indirectly, in whole or part, upon this release authorization will be considered in determining my suitability for obtaining a permit to carry or acquire weapons in the state of Iowa. I also certify that any person(s) who may furnish such information concerning me shall not be held accountable for providing accurate information, and I do hereby release said person(s) from any and all liability which may be incurred as a result of furnishing such information.

I understand that the information contained in these records will be used for no purpose other than those stated above, and will be kept strictly confidential by the office of the issuing official.

I understand that I may be convicted of a class "D" felony pursuant to Iowa Code section 724.10 if I make a false statement of material fact on this application.

I understand the issuing officer is permitted to request my social security number (SSN) on this permit application pursuant to Iowa Code section 724.10 for permits to carry. I further understand that I am not required to provide it. The SSN, if provided voluntarily, may be used in the background investigation to assist in accurate identification. The permit application forms and the permits are public records, and if I provide my SSN, it will become part of that public record and may be disclosed upon request. I will be required to provide my driver license (DL) or Iowa ID number if I do not provide my SSN.

I understand that all information provided on this application is considered public record and may be disclosed upon request.

**This "Signature On File" will be valid from this date and shall expire in one year.**

Applicant Signature _Eric T. Voss_ Date _10/15/01_
WP5 Rev. 06/2001

WEBER 533

**All of the following questions must be answered:**

Yes No

☐ ☑ 1. Have you ever been convicted of a felony?

☐ ☑ 2. Have you ever been convicted of the misdemeanor crime of domestic abuse assault?

☐ ☑ 3. Have you ever been convicted of the misdemeanor crime of assault in violation of individual rights (hate crime)?

☐ ☑ 4. Have you ever been convicted of the misdemeanor crime of assault on a peace officer, fire fighter or health care provider?

☐ ☑ 5. Have you ever been convicted of the misdemeanor crime of setting a spring gun or trap?

☐ ☑ 6. Have you ever been convicted of the misdemeanor crime of hazing?

☐ ☑ 7. Have you ever been convicted of the misdemeanor crime of stalking?

☐ ☑ 8. Are you addicted to the use of alcohol or any controlled substance?

☐ ☑ 9. Do you have a history of repeated acts of violence?

☐ ☐ 10. Have you ever been adjudged mentally incompetent?

If you answered yes to any of the above, please explain: _____

_____

_____

☑ ☐ 11. Are you a citizen of the United States? If not, provide country of birth and alien registration number:

Country of birth: _____ Alien registration number: _____

---

## STATEMENT OF JUSTIFICATION
### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

This statement is to contain clear and convincing evidence that this applicant may be required to use deadly force to protect his/her life or the life of another. The issuing officer may accept or reject this application for a permit to carry based on this narrative and other considerations.

*Hunting, Target, Personal Protection*

_____

_____

_____

Applicant Signature *Eric T. Voss*          Date *10/15/01*

---

## EMPLOYER AUTHORIZATION

This section is to be completed by the employer of an applicant for a professional permit to carry weapons. This authorization affirms the above described justification for issuance as being an employment requirement.

Employer Name _____ Telephone _____

Employer Address _____

Employer Signature _____ Date _____

---

## ISSUING OFFICER
### MUST BE COMPLETED BY SHERIFF OR COMMISSIONER OF PUBLIC SAFETY

NICS Transaction Number (NTN) _____ Date NTN Received _____

Application: ☐ Approved  ☐ Disapproved    Date of Approval/Disapproval _____

Reason Disapproved: _____

Signature _____    ☐ Sheriff of _____ County, Iowa
                              ☐ Commissioner of the Iowa Department of Public Safety
☐ New Fee $ _____    ☐ Renewal Fee $ _____    ☐ Peace Officer/Correctional Officer - No Fee

WEBER 534

# STATE OF IOWA

## APPLICATION FOR PERMIT TO CARRY WEAPONS
### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

☐ Professional Permit (WP1)  ☐ Peace Officer Permit (WP7)
☐ Nonprofessional Permit (WP2)  ☐ Reserve Peace Officer Permit (WP10)
☐ Correctional Officer Permit (WP9)

☐ New Application
☐ Renewal - Permit Number _____

Firearms Safety Training Certification Number or Peace Officer Certification Date _____

**Attach copy of WP0 Firearms Safety Training Program Certificate of Completion (except certified peace officer)**

Name _Voss_ _ARNIE_ _R_ Phone # (_712_) _754_ - _3125_
    (last)    (first)    (middle)

Other Names Ever Used (aliases) _____

Residence _Sibley_ _IA_ _51249_
    (city)    (state)    (zip)

Social Security No. (optional) or DL # _652 ww 8394_ County of Residence _Osceola_

Birthdate _6 / 14 / 37_ Age _64_ Sex _M_ Hgt _6_ Wgt _190_ Hair _B_ Eyes _B_

## Authorization for Release - Weapon Permit Applications

I, _ARNIE VOSS_, do hereby authorize a review and full disclosure of all records concerning myself, as required by Iowa Code chapter 724, to any duly authorized agent of an Iowa sheriff or the Commissioner of the Iowa Department of Public Safety, whether the said records are of a public, private or confidential nature.

The intent of this authorization is to give my consent for full and complete disclosure of records of psychiatric treatment, substance abuse treatment, consultation and/or court ordered involuntary hospitalization including hospitals, clinics, private practitioners, the U.S. Veteran's Administration and clerks of court, as necessary to verify that I meet the requirements of the state of Iowa and the United States for the acquisition and possession of a firearm, and shall not be disseminated for any other purpose.

I understand that any information obtained which is developed directly or indirectly, in whole or part, upon this release authorization will be considered in determining my suitability for obtaining a permit to carry or acquire weapons in the state of Iowa. I also certify that any person(s) who may furnish such information concerning me shall not be held accountable for providing accurate information, and I do hereby release said person(s) from any and all liability which may be incurred as a result of furnishing such information.

I understand that the information contained in these records will be used for no purpose other than those stated above, and will be kept strictly confidential by the office of the issuing official.

I understand that I may be convicted of a class "D" felony pursuant to Iowa Code section 724.10 if I make a false statement of material fact on this application.

I understand the issuing officer is permitted to request my social security number (SSN) on this permit application pursuant to Iowa Code section 724.10 for permits to carry. I further understand that I am not required to provide it. The SSN, if provided voluntarily, may be used in the background investigation to assist in accurate identification. The permit application forms and the permits are public records, and if I provide my SSN, it will become part of that public record and may be disclosed upon request. I will be required to provide my driver license (DL) or Iowa ID number if I do not provide my SSN.

I understand that all information provided on this application is considered public record and may be disclosed upon request.

*This "Signature On File" will be valid from this date and shall expire in one year.*

Applicant Signature _Arnie Voss_ Date _10-15-01_
WP5  Rev. 06/2001

WEBER 535

**All of the following questions must be answered:**

Yes No
- ☐ ☑ 1. Have you ever been convicted of a felony?
- ☐ ☑ 2. Have you ever been convicted of the misdemeanor crime of domestic abuse assault?
- ☐ ☑ 3. Have you ever been convicted of the misdemeanor crime of assault in violation of individual rights (hate crime)?
- ☐ ☑ 4. Have you ever been convicted of the misdemeanor crime of assault on a peace officer, fire fighter or health care provider?
- ☐ ☑ 5. Have you ever been convicted of the misdemeanor crime of setting a spring gun or trap?
- ☐ ☑ 6. Have you ever been convicted of the misdemeanor crime of hazing?
- ☐ ☑ 7. Have you ever been convicted of the misdemeanor crime of stalking?
- ☐ ☑ 8. Are you addicted to the use of alcohol or any controlled substance?
- ☐ ☑ 9. Do you have a history of repeated acts of violence?
- ☐ ☐ 10. Have you ever been adjudged mentally incompetent?

If you answered yes to any of the above, please explain: _____
_____
_____

- ☑ ☐ 11. Are you a citizen of the United States? If not, provide country of birth and alien registration number:

Country of birth: ~~OSCEOLA~~    Alien registration number: _____

## STATEMENT OF JUSTIFICATION
### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

This statement is to contain clear and convincing evidence that this applicant may be required to use deadly force to protect his/her life or the life of another. The issuing officer may accept or reject this application for a permit to carry based on this narrative and other considerations.

*Hunting & Target Personah Protion*
_____
_____

Applicant Signature _~~signature~~_    Date *10-15-01*

## EMPLOYER AUTHORIZATION

This section is to be completed by the employer of an applicant for a professional permit to carry weapons. This authorization affirms the above described justification for issuance as being an employment requirement.

Employer Name _____    Telephone _____

Employer Address _____

Employer Signature _____    Date _____

## ISSUING OFFICER
### MUST BE COMPLETED BY SHERIFF OR COMMISSIONER OF PUBLIC SAFETY

NICS Transaction Number (NTN) _____    Date NTN Received _____

Application:  ☐ Approved    ☐ Disapproved    Date of Approval/Disapproval _____

Reason Disapproved: _____

Signature _~~signature~~_    ☐ Sheriff of _____ County, Iowa
☐ Commissioner of the Iowa Department of Public Safety
☐ New Fee $ _____    ☐ Renewal Fee $ _____    ☐ Peace Officer/Correctional Officer - No Fee

WEBER 536

1                    UNITED STATES DISTRICT COURT

2                     NORTHERN DISTRICT OF IOWA

3      * * * * * * * * * * * * * * * *

4    PAUL DORR and ALEXANDER DORR,      *   File No. 5:08-CV-04093
     individually and on behalf of all
5    other persons similarly situated,  *

6          Plaintiffs,                  *

7    vs.                                *      DEPOSITION OF

8    DOUGLAS L. WEBER, individually and *   DOUGLAS L. WEBER
     in his capacity as Sheriff, and his
9    successors, THE OSCEOLA COUNTY     *
     SHERRIF'S DEPARTMENT, IOWA, and
10   OSCEOLA COUNTY, IOWA,              *

11         Defendants.                  *
       * * * * * * * * * * * * * * * *

12

13   The deposition of Douglas L. Weber was taken on behalf of

14   the Plaintiffs at the Osceola County Courthouse in Sibley,

15   Iowa on Monday, November 30, 2009 commencing at 10:00 a.m.

16                          APPEARANCES

17   For the Plaintiffs:    MR. VINCENT J. FAHNLANDER
                            Attorney at Law
18                          33 South Sixth Street, Suite 4100
                            Minneapolis, Minnesota 55402

19
     For the Defendants:    MR. DOUGLAS L. PHILLIPS
20                          Attorney at Law
                            4280 Sergeant Road, Suite 290
21                          Sioux City, Iowa 51106

22   Other Appearances:     Paul R. Dorr

23

24   Reported By:   Jenna L. Mumm, CSR
                    703 Jackson Avenue, Spirit Lake, Iowa 51360
25                  (712) 336-4125   (800) 551-5027



EXHIBIT
B

1  feel comfortable giving him a permit.  You know, I just had

2  that gut feeling.  I didn't like the guy, I did it anyway.

3  I'm embarrassed about it now.  I regret it, just like I'm

4  sure Mr. Huckabee will regret giving clemency to the guy out

5  in Tacoma, Washington who shot the cops.  I regret that I

6  did that, but I know more in '07 than I did then.  I know

7  more now than I did back then and I'll know more in a year

8  or two from now than I do now.

9  Q    Well, tell me what changed between '07 and '06.  '06

10  you granted his application, '07 you denied his

11  application.  What changed in that time period?

12  A    Well, you brought up the OCTA, Mr. Dorr's affiliation

13  with that.  He started sending out letters to the editor,

14  e-mails, fliers on doors and cars, handing out brochures.

15  People talked about it.  See, people don't care about

16  Mr. Dorr.  I mean, they're not sitting around, "Oh, boy,

17  what's Mr. Dorr's gonna say today, because we want to learn

18  something."  They don't care.  I think he's a narcissist.

19  It doesn't matter in and of itself.  That's okay.  That's

20  okay--

21  Q    Uh-huh (yes).

22  A    -- that Mr. Dorr's a narcissist.  I don't care, but he

23  thinks that everybody-- he thinks his reputation is

24  peerless.  It's not.  I'm sorry, it just isn't.  It's

25  lousy.  It's lousy in northwest Iowa.  Now I forget where I

1   was going with this, but if you put all that together...

2   Q   Okay.

3   A   And so I've been in this business 30 years, and you

4   can't tell a nut they're a nut.  It doesn't work.

5   Q   Okay.

6   A   You can't argue with a drunk.

7   Q   Okay.  So what changed-- now, my question was what

8   changed between '06 and '07.

9   A   Okay.  Okay.

10   Q   And I think what you--

11   A   Now you got me on track.

12   Q   -- what you told me was what-- what changed is that--

13   at least one of the things that changed is he was doing this

14   work with the OCTA, the Osceola County Taxpayers

15   Association, he was sending out letters.

16   A   Okay.  Good.  Thanks.  Now you brought me back to where

17   I tried to start out.  He interjected himself into the

18   public view or conscience or whatever you want to call-- the

19   consciousness, whatever you want to call it.  People started

20   talking about him.  I'm setting there, boy, he's got a

21   permit with my name on it.  You know what, I-- you know, I--

22   I'm concerned about it, because I don't like that.

23   And my cop gut feeling was that, you know, something

24   isn't right here.  If he did do something really weird, I

25   don't want to be responsible and, you know, he's got a

1    permit with my name on it.  I'm embarrassed about it.  I

2    feel bad about it, but I did what I felt I-- had to be-- had

3    to be done.  I was elected sheriff to make a decision, and

4    people voted for me to make decisions concerning public

5    safety issues.  If they don't like my decision, they won't

6    vote for me--

7  Q    Uh-huh (yes).

8  A    -- and somebody else will get in, so-- I've been

9    elected twice to make decisions on public safety issues.

10 Q    Okay.

11 A    So to answer your question, that's what's changed, is

12    that he was a lot more active locally.  I think a lot of his

13    activities-- I read a newspaper article, "The Gospel

14    According to Paul Dorr," where he does other work in other

15    towns, other states and so forth.  So we don't really hear

16    that here, but-- so he was kind of out of the public view,

17    I-- in my opinion.

18 Q    And it was his work with the OCTA that brought him into

19    your public view?

20 A    Correct, and people started talking about it saying

21    things like, "Oh, that guy's a nut job.  Oh, that guy's

22    whacko."

23 Q    Okay.  Now, I was asking you about Exhibit 6, the

24    persons with discoverable information, and I asked you about

25    Dan DeKoter.

 COPY

1

3   PAUL DORR and                )        No.
    ALEXANDER DORR,              )   5:08-cv-040903-MWB
4   Individually and On          )
    Behalf of All Other          )
5   Persons Similarly            )
    Situated,                    )
6                                )
              Plaintiffs,        )
7                                )
    vs.                          )
8                                )
    DOUGLAS L. WEBER,            )
9   Individually and In          )
    His Capacity as              )
10  Sheriff, and His             )
    Successors, THE              )
11  OSCEOLA COUNTY               )
    SHERIFFS DEPARTMENT,         )
12  IOWA, and OSCEOLA            )
    COUNTY, IOWA,                )
13                               )
              Defendants.        )

14
                  *    *    *    *

15   Telephonic Deposition of PAUL DORR, the
     deponent herein, taken on behalf of the
16   defendants herein, at 4280 Sergeant Road, Suite
     290, Sioux City, Iowa, on Wednesday, January
17   13, 2010 at 10:03 a.m., before Norine F.
     Kennedy, Certified Shorthand Reporter in and
18   for the State of Iowa, of Kennedy & Kennedy,
     Certified Court Reporters, 308 24th Street,
19   Sioux City, Iowa.

20   APPEARANCES:

21   MR. VINCENT J. FAHNLANDER
     Attorney at Law, of
22   Mohrman & Kaardal P.A.
     33 South Sixth Street
23   Suite 4100
     Minneapolis, Minnesota  55402
24
         Appearing on behalf of the Plaintiffs;
25

```
 1    APPEARANCES:  (Continued)

 2    MR. DOUGLAS PHILLIPS
      Attorney At Law, of
 3    Klass Law Firm
      4280 Sergeant Road
 4    Suite 290
      Sioux City, Iowa 51106
 5
           Appearing on behalf of the Defendants.
 6
                       *    *    *    *
 7    Also Present:  Alexander Dorr
                       *    *    *    *
 8    Reported by Norine F. Kennedy, CSR, CP, RPR
                       *    *    *    *
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**24**

1  highest ranking ones who had three supervisors.
2  So the questions began to raise a year, year
3  and a half ago is -- Well, the one, that the
4  supervisors can't control the budget because
5  they're some of the ones that are the most
6  overpaid of all.  So it has been a very strong
7  point of contention by the OCTA in the last
8  year, year and a half.
9    Q.  What other similar issues has OCTA been
10  involved with where you have consulted?
11    A.  I'm just -- I'm trying to go back in
12  memory for the last couple two, three years,
13  and right now that's all I can recall.
14    Q.  Is it your contention that Sheriff Weber
15  denied your concealed carry permit at least in
16  part because of your affiliation with OCTA?
17    A.  Yes.
18    Q.  Why do you think that?
19    A.  Because there had been no incident, no
20  activity, nothing relative to the use of a
21  firearm any time prior to this.  He had -- He
22  had issued me permits previously.  And then in
23  '07 when I started working for the OCTA, I
24  started receiving letters and communications
25  from Dan DeKoter defending the sheriff's budget

**25**

1  and the county attorney's budget and basically
2  legally threatening me and my client.
3  Initially Mr. DeKoter thought my client was a
4  member or two of the board of supervisors.  And
5  I didn't reveal to him because I had no duty to
6  do that.  He was just a private citizen.  But
7  Mr. DeKoter rapidly made the whole issue rather
8  contentious within the community and then
9  started going into the newspapers attacking me.
10  So this is all stirring through 2007.  And so
11  then from the time, the end of July, early
12  August 2007 when my permit was up for renewal
13  and I called the sheriff and he said, I want to
14  talk to you about it this time, you need to
15  stop in, I strongly suspicioned -- Because
16  there was no -- nothing else that had changed,
17  I strongly suspicioned that -- that my working
18  for the OCTA was -- was driving this meeting to
19  come in there.  And it's why in fact I carried
20  my digital recorder into the meeting.  And
21  later now in depositions he's kind of affirmed
22  what I suspicioned.  And in that meeting, if
23  you've had a chance to look at his video, I
24  asked him if he had any evidence of anything
25  that I said that may have prompted this false

**26**

1  accusation of fear, and he said no.  So in my
2  mind I'm sitting here thinking, He's got
3  unnamed accusers and they have -- by his own
4  admission they have no evidence.  And at that
5  point I asked him, Is this personal?  And he
6  naturally denied it.  But I -- I had reached
7  the conclusion in my mind then he's punishing
8  me for simply helping the OCTA exercise their
9  free speech.
10    Q.  Did he say anything -- I'm sorry.  Go
11  ahead.
12    A.  And -- and my own free speech.  At some
13  point -- I'll have to go back to the '07
14  letters to the editor, but at some point
15  Mr. DeKoter started attacking me personally in
16  the papers for my involvement with them, and so
17  I had to, you know, defend my character and
18  reputation.  So then I went in the papers and
19  defended myself and made most of Mr. DeKoter's
20  arguments look, I believe, rather foolish.  But
21  it was at that moment that -- in the midst of
22  that controversy that I was then denied my
23  permit.
24    Q.  Is there some connection between
25  DeKoter's letters and the denial of your permit

**27**

1  application?
2    A.  We don't know -- I don't know what the
3  connection was.  He just seemed to have privy
4  to a lot of the stuff that I was doing for OCTA
5  and the county, and that was one of the
6  questions that always was listed with the OCTA.
7  He's not the county's attorney, he's not
8  retained by the Public Safety Commission to
9  represent them.  Why -- How is he getting all
10  this knowledge about what we're doing, and why
11  is he sticking his nose into this relationship?
12  So you know, what connection there is -- Well,
13  I think it's illustrated by July of 2008 where
14  Mr. DeKoter is sending me a letter stating he
15  represents the Public Safety Commission when in
16  fact he did not.
17    Q.  Were you ever able to answer those
18  questions raised by OCTA, namely, where's
19  DeKoter getting his information and why is he
20  involved in this?
21    A.  I did e-mail Mr. DeKoter at one time and
22  asked him a simple question, Are you the one
23  that went to Sheriff Weber and told him you
24  were afraid of me?  He sent me a single line
25  response back stating, Please stop harassing

28

1   me.  The implied assumption was that I had --
2   there's been a pattern of some sort of
3   harassment.  But I believe in Mr. DeKoter's
4   mind that anybody questioning him in the paper
5   and challenging his deceptions, to his mind
6   that was harassment.
7           There had been no other
8   communication with Mr. DeKoter on any of these
9   issues in the county for 20 years or ever that
10  I know of.  And so when I asked him if he was
11  the one that went to Sheriff Weber, he didn't
12  answer the question.  He just -- just implied
13  that I was harassing him.
14          So no, we don't know of a
15  connection, but his involvement in July of 2008
16  with his letters gave me strong suspicion that
17  he was in fact having some ongoing
18  communication with the sheriff.
19  Q.  Did Sheriff Weber say anything in his
20  conversation with you in his office that led
21  you to believe he was denying your application
22  because of your relationship with OCTA?
23  A.  No, he did not.
24  Q.  Did he -- What is it that he said in his
25  deposition that makes you think this was a

29

1   factor in the decision to deny your
2   application?
3   A.  His response to my attorney's questions
4   about OCT, my OCT involvement that summer, and
5   he said yes, writing letters and putting
6   pamphlets on cars and distributing handbills
7   and so forth.  I don't have the exact quote in
8   front of me, but it was -- it was that and I
9   think he had kind of affirmed it again a little
10  bit later.
11  Q.  In your first deposition you and I spent
12  quite a bit of time on the question of how have
13  you been harmed by all of this, what are your
14  damages.  I don't expect you to have memorized
15  our discussion, but do you generally remember
16  that we talked about that?
17  A.  Yes.
18  Q.  My question for you today is this, is
19  there some separate item of damage or
20  additional harm that we haven't already
21  discussed that arises out of your belief that
22  the denial was premised at least in part on
23  your association with OCTA?
24  A.  Yes.  Until I sought legal counsel and
25  sought redress of my grievance against the

30

1   sheriff, until -- and until the lawsuit was
2   filed which I assume then that you would
3   counsel him to not continue abridging my free
4   speech rights, before that period from the time
5   he denied me until that period, I was
6   questioning much of what I was doing and
7   assuming and looking at what else is he going
8   to do to harm me if I write this or publish
9   this or state that.  So there was -- there
10  was -- And I'd have to go back and look at some
11  of the material, but I -- I -- as memory
12  serves, there was some material that didn't get
13  distributed because I was now frightful.
14          He then went on in April of 2008
15  when my wife applied, and she waited a couple
16  weeks, and he said -- She called him up and he
17  said, I would like to -- I'm not sure yet.  I
18  need a -- I need to contemplate on this.  Give
19  me 30 days.  And my wife reported to me that
20  she said to him, Well, is there something
21  you're going to discover or understand or know
22  in 30 days that you don't know now?  Is there
23  any questions I can answer for you that will
24  help you make this decision?  And he said, No.
25  He said, I just need to -- I think the word was

31

1   meditate on this for 30 days.
2           And at that point she came to me
3   and said, What's going on?  I looked at the
4   calender and I realized his primary election
5   was up in 30 days.  So I strongly suspicion
6   then that he was punishing my wife and trying
7   to silence me by dangling her permit out there
8   until he got re-elected.  I can't -- I don't
9   know if that happened, but he had -- he had no
10  reason, he gave her no reason, he wasn't doing
11  any further investigation, he had no questions
12  for her, nothing more than I just need 30 days
13  to meditate on this.  Normally my family gets
14  those -- With me in the past, in a week's time
15  it's done.  He's done his background research
16  and the permit is issued.  So by April of 2008
17  we began to really suspicion that if I spoke
18  out he was going to look for some kind of way
19  to punish me.
20  Q.  Your wife got her permit?
21  A.  Yes, after some -- some communication
22  back and forth.  She withdrew her permit -- the
23  application at that time because she was not
24  going to be part of his gamesmanship, and then
25  later reapplied in July of '08 and that's then