# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| PAUL DORR, AND ALEXANDER DORR, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DOUGLAS L. WEBER, individually and in his capacity as Sheriff of Osceola County; and OSCEOLA COUNTY, IOWA,<br><br>Defendants. | Court File No. 5:08-CV-04093 |

## Statement of Douglas L. Phillips
## Under Local Rule 7(f) Indicating that Defendants Do Not Resist the Plaintiffs' Motion for Leave to Amend their First-Amended Complaint

As counsel for the Defendants in the above-entitled matter, the Defendants do not resist the motion of the Plaintiffs to amend their First Amended Complaint.

Dated: February 5, 2010.

_____
Douglas L. Phillips, Esq.
KLASS LAW FIRM, L.L.P.
Mayfair Center, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, IA  51106
Telephone:  (712) 252-1866
Fax:  (72) 252-5822
E-Mail:  phillips@klasslaw.com

ATTORNEYS FOR DEFENDANTS