# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| PAUL DORR and ALEXANDER DORR, individually, and on behalf of all other persons similarly situated, Plaintiff(s), vs. DOUGLAS WEBER, individually, and in his capacity as Sheriff of Osceola County, Defendant(s). Trial Dates 06/16/2010 | **WITNESS & EXHIBIT LIST** <br> Case No. C 08-4093-MWB <br><br> Presiding Judge Mark Bennett <br> Deputy Clerk /s/ Nicholas Herbold <br> Court Reporter Shelly Semmler <br><br> Plaintiff Att'y William Mohrman, Vincent Fahnlander <br> Defendant Att'y Douglas Phillips |

| # | **PLAINTIFF** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| 1. | Paul Dorr | 6/16/10 | 9:20 a.m. | 6/16/10 | 11:23 a.m. |
| 2. | Alexander Dorr | 6/16/10 | 11:24 a.m. | 6/16/10 | 11:40 a.m. |
| 3. | Kevin Wolfswinkel | 6/16/10 | 11:40 a.m. | 6/16/10 | 12:03 p.m. |
| 4. | Douglas Weber | 6/16/10 | 1:22 p.m. | 6/16/10 | 3:09 p.m. |
| | | | | | |
| | | | | | |

| # | **DEFENSE** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| 1. | Dan DeKoter | 6/16/10 | 1:15 p.m. | 6/16/10 | 1:21 p.m. |
| 2. | Douglas Weber (D's direct examination occurred following P's direct) | | | | |
| | | | | | |
| | | | | | |

\* Exhibit Receipted to Task Force Officer

\*\* **A**=Admitted; **APT**=Admitted at Pre-Trial; **RSO**=Received Subject to Objection; **OS**=Objection Sustained

| Marked | **COURT** Exhibits, Description | Date Offered | \*\*Admitted? |
|---|---|---|---|
| | | | |
| | | | |

| Marked | **PLAINTIFF** Exhibits, Description | Date Offered | \*\*Admitted? |
|---|---|---|---|
| 1. | Deposition Exhibit 1 – Paul Dorr Applications for Permit to Carry Weapons for years, 1998, 2001, 2002, 2003, 2004, 2005, 2006, and 2007 | 6/16/2010 | RSO |
| 2. | Deposition Exhibit 2 – Douglas L. Weber and Osceola County's Answers to Plaintiffs' Interrogatories, Response to Plaintiffs' Request for Production and Response to Plaintiffs' Request for Admissions | 6/16/2010 | RSO |

| 3. | Deposition Exhibit 3 – July 24, 2008 Letter to Paul Dorr from Douglas Weber, Sheriff | 6/16/2010 | A |
|---|---|---|---|
| 4. | Deposition Exhibit 4 – July 10, 2008 letter to Paul and Debra Dorr from Daniel E. Dekoter | 6/16/2010 | RSO |
| 5. | Deposition Exhibit 5 – Applications for Permits to Carry Weapons | 6/16/2010 | RSO |
| 6. | Deposition Exhibit 6 – Defendants' Initial Disclosures | 6/16/2010 | RSO |
| 7. | Deposition Exhibit 7 – Douglas Weber and Osceola County's Answer to First Amended Complaint and Jury Demand | 6/16/2010 | RSO |
| 8. | Deposition Exhibit 8 – Class Action First Amended Complaint | 6/16/2010 | RSO |
| 9. | Deposition Exhibit 9 – Transcript of Conversation between Paul and Dorr and Sheriff Douglas Weber on August 9, 2007 | 6/16/2010 | A |
| 10. | Deposition Exhibit 10 - Sibley Gazette –Tribune September 26, 20007 Public Notice | 6/16/2010 | RSO |
| 11 | Deposition Exhibit 11 – Applications for Permit to Carry Weapons | 6/16/2010 | RSO |
| 12. | Deposition Exhibit 12 – Applications for Permit to Carry Weapons | 6/16/2010 | RSO |
| 13. | Telephonic Deposition of Alexander Dorr on January 13, 2010 | 6/16/2010 | RSO |
| 14. | Deposition of Paul R. Dorr on November 30, 2009 | 6/16/2010 | RSO |
| 15. | Continued Deposition of Paul Dorr on January 13, 2010 | 6/16/2010 | RSO |
| 16. | Deposition of Douglas L. Weber on November 20, 2009 | 6/16/2010 | RSO |
| 17. | Copy of Iowa Code section 724.7 | 6/16/2010 | RSO |
| 18. | Copy of Iowa Code section 724.8 | 6/16/2010 | RSO |
| 19. | Videotape of Sheriff Weber's denial of Paul Dorr's permit application | 6/16/2010 | A |
| 20. | Letter to the Editor of the Osceola County Gazette- Tribune from Daniel DeKoter dated April 4, 2007 | 6/16/2010 | RSO |
| 21. | Letter to the Editor of the Osceola County Gazette- Tribune from Paul Dorr dated April 18, 2007 | 6/16/2010 | A |
| 22. | Letters to the Editor of the Osceola County Gazette- Tribune from Kevin Wolfswinkel and Daniel DeKoter dated April 25, 2007 | 6/16/2010 | RSO |
| 23. | Letter to the Editor of the Osceola County Gazette- Tribune dated May 2, 2007 | 6/16/2010 | RSO |
| 24. | Letter to the Editor of the Osceola County Gazette- Tribune from Paul Dorr dated May 2, 2007 | 6/16/2010 | A |
| 25. | Newspaper article dated May 9, 2007 from the Osceola County Gazette-Tribune. | 6/16/2010 | RSO |
| 26. | Letter to the Editor of the Osceola County Gazette- Tribune from Paul Dorr dated May 9, 2007 | 6/16/2010 | A |
| 27. | Letter to the Editor of the Osceola County Gazette- Tribune from Kevin Wolfswinkel dated May 30, 2007 | 6/16/2010 | RSO |
| 28. | Letter to the Editor of the Osceola County Gazette- Tribune from Andy Butler dated December 12, 2007 | 6/16/2010 | RSO |

| 29. | Letter from Paul Dorr to Sheriff Douglas Weber dated April 6, 2007. | 6/16/2010 | A |
| --- | --- | --- | --- |
| 30. | Osceola County Taxpayers Association minutes dated February 21, 2007 | 6/16/2010 | RSO |
| 31. | Osceola County Taxpayer Association letter to Osceola County Board of Supervisors dated March 9, 2007 with chart enclosures | 6/16/2010 | RSO |
| 32. | Osceola County Taxpayers Association notice | 6/16/2010 | RSO |
| 33. | E-mail letter from Paul Dorr to County Auditor O'Brien dated January 30, 2007 | 6/16/2010 | A |
| 34. | E-mail letter from Dan DeKoter to Paul Dorr dated February 9, 2007, and Paul Dorr e-mail response dated February 12, 2007 | 6/16/2010 | RSO |
| 35. | October 11, 2007 Osceola County Taxpayers Association meeting notice. | 6/16/2010 | RSO |
| 36. | Osceola County Attorney Bob Hansen Payroll History & Free Time Cost Calculation and Work-Load Survey Comparison of Part Time Iowa County Attorneys to Osceola County Attorney | 6/16/2010 | RSO |
| 37. | Osceola Taxpayers Association flier | 6/16/2010 | A |
|  |  |  |  |

| Marked | **DEFENSE** Exhibits, Description | Date Offered | **Admitted? |
| --- | --- | --- | --- |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |