IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| PAUL DORR, AND ALEXANDER DORR, INDIVIDUALLY AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> vs. <br><br> DOUGLAS L. WEBER, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF, AND HIS SUCCESSORS, THE OSCEOLA COUNTY SHERIFFS DEPARTMENT, IOWA AND OSCEOLA COUNTY, IOWA, <br><br> Defendants. | NO. 5:008-cv-04093-MWB <br><br> DEFENDANTS' INITIAL DISCLOSURES |

COME NOW Defendants Douglas Weber and Osceola County, Iowa, pursuant to F.R.Civ.P. 26, and make the following disclosures:

### PERSONS WITH DISCOVERABLE INFORMATION

1. Douglas L. Weber
   Osceola County Sheriff's Office
   309 Sixth Street
   Sibley, IA 51249

   Sheriff Weber denied the permits at issue in this case and will testify concerning the reasons for his decisions.

2. Dan DeKoter
3. Kevin Hertz
4. Employees of:
   a. Ocheydan Press/Melvin News
      (1) Arlyn Pedley
      (2) Lori Wiser
   b. Worthington Daily Globe
   c. Northwest Review
5. Members of the Public Safety Commission
6. Members of the Osceola County Board of Supervisors
7. Adri Ruisch
8. Lois Stahl
9. Don Hibbing

KLASS LAW FIRM, L.L.P.

DEPOSITION EXHIBIT 6
Jm 11-30-09

1

10. Arlin Pedley
11. Al and Judy Bruegemann
12. Kevin Wolfswinkel
13. Debra Dorr
14. Mrs. Bill Johnson
15. Dickinson County Sheriff Greg Baloun
16. Clay County Sheriff Randy Krukow

Defendant anticipates that some or all of these people have information about Paul Dorr's reputation and behavior.

## DOCUMENTS

1. Paul Dorr Application for Permit to Carry, 2.1.98
2. Paul Dorr Application for Permit to Carry, 3.30.01
3. Paul Dorr Application for Permit to Carry, 4.6.02
4. Paul Dorr Application for Permit to Carry, 5.28.03
5. Paul Dorr Application for Permit to Carry, 6.29.04
6. Paul Dorr Application for Permit to Carry, 6.27.05
7. Paul Dorr Application for Permit to Carry, 7.19.06
8. Paul Dorr Application for Permit to Carry, 7.7.07
9. Alexander Dorr Application for Permit to Carry, 12.6.07

## INSURANCE AGREEMENTS

1. Copies of the applicable declarations pages are attached.

Respectfully submitted,

Douglas L. Phillips
KLASS LAW FIRM, L.L.P.
Mayfair Center, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, IA 51106
phillips@klasslaw.com
WWW.KLASSLAW.COM
712/252-1866
712/252-5822 fax

ATTORNEYS FOR DEFENDANTS

Copy to:

Vincent J. Fahnlander
33 South Sixth Street, Suite 4100
Minneapolis, MN 55402

Erick G. Kaardal
33 South Sixth Street, Suite 4100
Minneapolis, MN 55402

CERTIFICATE OF SERVICE
The undersigned certifies that the foregoing
instrument was served upon all parties to the
above cause to each of the attorneys of record
herein at their respective addresses disclosed
on the pleading on _____3/16_____, 2009
By: _____ U.S. Mail  _____ facsimile
    _✓_ Hand delivered  _____ Overnight courier
    _✓_ Other _email_  _____ EFC

Signature _____

KLASS LAW FIRM,
L.L.P.

3