# Transcript of conversation between Paul Dorr and Sheriff Doug Weber
August 9, 2007, approx. 1:15pm.

DW: Hi Paul.

PRD: Hi Sheriff.

DW: How you doing?

PRD: Good!

DW: Come on in.

PRD: OK

DW: Is it warm enough out there?

PRD: It's a little...the humidity doesn't seem as bad. I kind of like that. The humidity is what gets me.

DW: Well I've been reviewing your permit here Paul...

PRD: Mm uhm.

DW: ..I guess I have a problem with it. I uh, since I've been Sheriff I've heard different things from some of the citizens and there's some fear out there of you. Some of them are uh...scared to death of you. So much so that they won't even let me document a report or something like that cause they are fearful that you'd find out.

PRD: [Pause] You're serious.

DW: Yeh. I'm serious. [Pause] So I don't feel comfortable issuing the permit.

PRD: Did they give you specific allegations of things that I did that prompted that fear?

DW: No.

PRD: [Pause] So you got parties who've uhm, won't give any specifics as to anything I've done that prompts their fear. How many parties -- one, five...two?

DW: Well I don't want to get into that. I mean it's my opinion. I don't feel comfortable with it Paul. I am not going to issue it because of that. [Pause] I don't like to get reports...if I don't trust somebody completely, then I don't feel comfortable issuing the permit.

PRD: Yeh, but you're getting reports that you haven't even pursued the allegations and specifics thereof. You're just getting a 'report' that somebody says they are afraid of me. And based on that you're not going to do any more investigation. And yet you are going to make your judgment.

DW: It's my opinion.

PRD: Oh, I understand you have the discretion. I understand that. But, Doug it's starting to look personal.

DW: It's not personal.

PRD: [Chuckling] It's starting to look that way. You have no basis for it. You didn't investigate...you've admitted you didn't investigate any of the allegations. You just...they're afraid. That's all they told you. ....You didn't ask any questions.

DW: [Pause] I'm not going to tell you what I did. That's not a public record so...

PRD: Well, but you already told me, you didn't. I asked if you asked any specifics and you said "No".

DW: Well, they told me some information. I didn't go out and interview 100 people to verify this and verify that.

PRD: [Standing to leave] Now you're changing your story.

DW: No I'm not. Look I'm not going to argue with you.

PRD: I'm not either. If you want to pursue this course Doug, you go right ahead.

DW: OK, thank you.



June 23, 2008

"My Sergeant Chad Julius has resigned and taken a position in the Spencer police department. He's been with us for about seven years." Asked by council member Nobles if he gave any reason for resigning, Sheriff Weber replied, "Uh, some yeh." Pressed further if it was a financial decision, Weber replied, "Some. [pause] He expressed that he was disappointed in some of the negative things that were in the press. Letters to editor and that kind of thing. He didn't think that there was public support for law enforcement." Upon Nobles' further inquiry Weber said, "He's local. He's got family in Little Rock yet. He said he likes working here. He decided to go over there [sic. to Spencer]."

From there the discussion went into who will take care of the drug dog, which Julius had previously handled. But that was the total of the explanation has to why Julius resigned.