----- Original Message -----

From: HYPERLINK "mailto:dekoter@sibleylaw.com"Dan DeKoter
To: HYPERLINK "mailto:dcs@iowatelecom.net"dcs@iowatelecom.net
Sent: Friday, February 09, 2007 8:53 AM
Subject: O'Brien County inquiry

Dear Paul:

I heard a rumor at the O'Brien County Courthouse that you are investigating the time spent by Bob Hansen as an assistant there. The legal community is very small in this area, and word gets around quickly. Apparently you indicated that you have a client for whom you are working.

Presumably the client is someone on the Osceola County Board of Supervisors, or someone working closely with a board member. It appears to me that certain board members have a vendetta against Bob Hansen for whatever reason. I suppose the idea is to try to cut his job to half time or take away part of his salary, and your job is to gather the evidence to support such action.

I don't represent Bob, and he is not even aware that I am contacting you. I am not writing to you on behalf of anyone but myself. As an interested citizen, I just want to make an observation which I would ask that you pass along to your client. Human nature being what it is, acts of revenge tend to beget other acts of revenge. The Osceola County Board of Supervisors has made itself very vulnerable to attack by routinely violating the open meetings law and the law requiring that items of discussion at public meetings be on the agenda 24 hours in advance. Proof of three such violations is grounds for removal from office. Any one violation is punishable by up to a $500 fine (per board member) plus legal fees awarded to the person reporting the violation to the court. State agencies such as the Iowa Ombudsman's office and Iowa Attorney General are very interested in investigating violations of the open meetings laws and seeking removal of offending public officials. Human nature being what it is, I would be shocked if one or more of Bob's many friends in this county did not report those violations as counter-revenge against the Board if it attacks Bob's livelihood. "Look before you leap" has always been sound advice, and you should give that advice to your client.

I think it would be unfortunate if people in this county went down that path of revenge/counter-revenge. It's not good for the county, and we all have better things to do. We all should focus on building the county together rather than tearing each other down. This political maneuvering is silly in a county of this size.

Sincerely,

Daniel E. DeKoter


-----------------------------------

From: Copperhead Consulting Services [mailto:dcs@iowatelecom.net]
Sent: Monday, February 12, 2007 1:49 PM
To: Dan DeKoter
Subject: Re: O'Brien County inquiry

Dear Daniel,

Please advise your rumor-spreading friends in the O'Brien County Courthouse of Iowa Code 22.7 Section 18 and paragraphs (a) and (b).

It is one thing to raise presumptions and suppositions but the wise thing to do would be to "look" to see if such were in fact true or not before one "leaps" ahead with veiled threats. I am not working for any county supervisor or supervisors, nor have my client or I provided any supervisor knowledge of any activities in this regard.

I would urge you to spend less time acting on your speculations and assumptions and even less time babbling about revenge. You are coming across, once again, so Dan DeKoterish.


--Paul R. Dorr

5:08-cv-04093-MWB/ Plt. Ex. 34/ (1)
Case 5:08-cv-04093-MWB   Document 54-34   Filed 06/17/10   Page 1 of 1