# STATE OF IOWA

## APPLICATION FOR PERMIT TO CARRY WEAPONS

### TYPE OR PRINT IN INK – MUST BE COMPLETED BY APPLICANT

☐ Professional Permit (WP1)         ☐ Peace Officer Permit (WP7)
☒ Nonprofessional Permit (WP2)      ☐ Reserve Peace Officer Permit (WP10)
                                    ☐ Correctional Officer Permit (WP9)

☐ New Application
☒ Renewal – Permit Number  143925

DEPOSITION EXHIBIT 5
JM  11-30-09

Firearms Safety Training Certification Number or Peace Officer Certification Date  74976

**Attach copy of WP0 Firearms Safety Training Program Certificate of Completion (except certified peace officer)**

Name  Kleve   Chad   A          Phone # (
      (last)   (first)   (middle)

Other Names Ever Used (aliases)

Residence
      (street)          (city)          (state)   (zip)

Social Security No          County of Residence

Birthdate          Age 27  Sex M  Hgt 5'11"  Wgt 210  Hair B  Eyes H

## Authorization for Release – Weapon Permit Applications

I, _____ , do hereby authorize a review and full disclosure of all records concerning myself, as required by Iowa Code chapter 708 (except sections 708.1 and 708.7) and chapter 724, to any duly authorized agent of an Iowa sheriff or the Commissioner of the Iowa Department of Public Safety, whether the said records are of a public, private or confidential nature.

The intent of this authorization is to give my consent for full and complete disclosure of records of psychiatric treatment, substance abuse treatment, consultation and/or court ordered involuntary hospitalization including hospitals, clinics, private practitioners, the U.S. Veteran's Administration and clerks of court, as necessary to verify that I meet the requirements of the state of Iowa and the United States for the acquisition and possession of a firearm, and shall not be disseminated for any other purpose.

I understand that any information obtained which is developed directly or indirectly, in whole or part, upon this release authorization will be considered in determining my suitability for obtaining a permit to carry or acquire weapons in the state of Iowa. I also certify that any person(s) who may furnish such information concerning me shall not be held accountable for providing accurate information, and I do hereby release said person(s) from any and all liability which may be incurred as a result of furnishing such information.

I understand that a person who gives a false name or presents false identification, or otherwise knowingly gives false material information on this application commits a class "D" felony (section 724.10 or 724.21).

I understand that the information contained in these records will be used for no purpose other than those stated above, and will be kept strictly confidential by the office of the issuing official.

*This "Signature On File" will be valid from this date and shall expire in one year.*

Applicant Signature  _____          Date  8-31-00
CFN 595-1162 WP5  Rev. 6/98

WEBER 171

**All of the following questions must be answered:**

Yes No

☐ ☒  1. Have you ever been convicted of a felony?

☐ ☒  2. Have you ever been convicted of the misdemeanor crime of domestic abuse assault?

☒ ☒  3. Have you ever been convicted of the misdemeanor crime of assault in violation of individual rights (hate crime)?

☐ ☒  4. Have you ever been convicted of the misdemeanor crime of assault on a peace officer, fire fighter or health care provider?

☐ ☒  5. Have you ever been convicted of the misdemeanor crime of setting a spring gun or trap?

☐ ☒  6. Have you ever been convicted of the misdemeanor crime of hazing?

☐ ☒  7. Have you ever been convicted of the misdemeanor crime of stalking?

☐ ☒  8. Are you addicted to the use of alcohol or any controlled substance?

☐ ☒  9. Do you have a history of repeated acts of violence?

☐ ☒  10. Have you ever been adjudged mentally incompetent?

If you answered yes to any of the above, please explain: _N/A_____

_____

_____

## STATEMENT OF JUSTIFICATION
### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

This statement is to contain clear and convincing evidence that this applicant may be required to use deadly force to protect his/her life or the life of another. The issuing officer may accept or reject this application for a permit to carry based on this narrative and other considerations.

_Hunting and target shooting_

_____

_____

Applicant Signature _Wm Wend_                    Date _8-31-00_

## EMPLOYER AUTHORIZATION

This section is to be completed by the employer of an applicant for a professional permit to carry weapons. This authorization affirms the above described justification for issuance as being an employment requirement.

Employer Name _____        Telephone _____

Employer Address _____

Employer Signature _____        Date _____

## ISSUING OFFICER
### MUST BE COMPLETED BY SHERIFF OR COMMISSIONER OF PUBLIC SAFETY

Application:   ☐ Approved   ☐ Disapproved     Date _____

Reason Disapproved: _____

Signature _Ed Hawley_                    ☐ Sheriff of _____ County, Iowa
                                         ☐ Commissioner of the Iowa Department of Public Safety
☐ New Fee $ _____   ☐ Renewal Fee $ _____   ☐ Peace Officer/Correctional Officer – No Fee

WEBER 172

# STATE OF IOWA

## APPLICATION FOR PERMIT TO CARRY WEAPONS

### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

☐ Professional Permit (WP1)       ☐ Peace Officer Permit (WP7)
☒ Nonprofessional Permit (WP2)    ☐ Reserve Peace Officer Permit (WP10)
                                  ☐ Correctional Officer Permit (WP9)

☐ New Application
☒ Renewal - Permit Number _____

Firearms Safety Training Certification Number or Peace Officer Certification Date _____

Attach copy of WP0 Firearms Safety Training Program Certificate of Completion (except certified peace officer)

Name  _Stanton_ (last)   _Rick_ (first)   _Alan_ (middle)   Phone # _____

Other Names Ever Used (aliases) _____

Residence _____ (street)   _____ (city)   _____ (state)   _____ (zip)

Social Security No. (optional) or DL # _____   County of Residence _Osceola_

Birthdate _____   Age _31_  Sex _M_  Hgt _5'10_  Wgt _185_  Hair _Br_  Eyes _GR_

## Authorization for Release - Weapon Permit Applications

I, _Rick Stanton_, do hereby authorize a review and full disclosure of all records concerning myself, as required by Iowa Code chapter 724, to any duly authorized agent of an Iowa sheriff or the Commissioner of the Iowa Department of Public Safety, whether the said records are of a public, private or confidential nature.

The intent of this authorization is to give my consent for full and complete disclosure of records of psychiatric treatment, substance abuse treatment, consultation and/or court ordered involuntary hospitalization including hospitals, clinics, private practitioners, the U.S. Veteran's Administration and clerks of court, as necessary to verify that I meet the requirements of the state of Iowa and the United States for the acquisition and possession of a firearm, and shall not be disseminated for any other purpose.

I understand that any information obtained which is developed directly or indirectly, in whole or part, upon this release authorization will be considered in determining my suitability for obtaining a permit to carry or acquire weapons in the state of Iowa. I also certify that any person(s) who may furnish such information concerning me shall not be held accountable for providing accurate information, and I do hereby release said person(s) from any and all liability which may be incurred as a result of furnishing such information.

I understand that the information contained in these records will be used for no purpose other than those stated above, and will be kept strictly confidential by the office of the issuing official.

I understand that I may be convicted of a class "D" felony pursuant to Iowa Code section 724.10 if I make a false statement of material fact on this application.

I understand that the issuing officer is permitted to request my social security number (SSN) on this permit application pursuant to Iowa Code section 724.10 for permits to carry. I further understand that I am not required to provide it. The SSN, if provided voluntarily, may be used in the background investigation to assist in accurate identification. The permit application forms and the permits are public records, and if I provide my SSN, it will become part of that public record and may be disclosed upon request. I will be required to provide my driver license (DL) or Iowa ID number if I do not provide my SSN.

I understand that all information provided on this application is considered public record and may be disclosed upon request.

This "Signature On File" will be valid from this date and shall expire in one year.

Applicant Signature _____   Date _6-6-01_
WP5   Rev. 01/2001

WEBER 463

**All of the following questions must be answered:**

Yes  No

☐ ☒ 1. Have you ever been convicted of a felony?
☐ ☒ 2. Have you ever been convicted of the misdemeanor crime of domestic abuse assault?
☐ ☒ 3. Have you ever been convicted of the misdemeanor crime of assault in violation of individual rights (hate crime)?
☐ ☒ 4. Have you ever been convicted of the misdemeanor crime of assault on a peace officer, fire fighter or health care provider?
☐ ☒ 5. Have you ever been convicted of the misdemeanor crime of setting a spring gun or trap?
☐ ☒ 6. Have you ever been convicted of the misdemeanor crime of hazing?
☐ ☒ 7. Have you ever been convicted of the misdemeanor crime of stalking?
☐ ☒ 8. Are you addicted to the use of alcohol or any controlled substance?
☐ ☒ 9. Do you have a history of repeated acts of violence?
☐ ☒ 10. Have you ever been adjudged mentally incompetent?

If you answered yes to any of the above, please explain: _____

_____

☒ ☐ 11. Are you a citizen of the United States? If not, provide country of birth and alien registration number.

Country of birth: _____ Alien registration number: _____

## STATEMENT OF JUSTIFICATION
### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

This statement is to contain clear and convincing evidence that this applicant may be required to use deadly force to protect his/her life or the life of another. The issuing officer may accept or reject this application for a permit to carry based on this narrative and other considerations.

_____

_____

_____

_____

_____

Applicant Signature _____ Date _____

## EMPLOYER AUTHORIZATION

This section is to be completed by the employer of an applicant for a professional permit to carry weapons. This authorization affirms the above described justification for issuance is being an employment requirement.

Employer Name _____ Telephone _____

Employer Address _____

Employer Signature _____ Date _____

## ISSUING OFFICER
### MUST BE COMPLETED BY SHERIFF OR COMMISSIONER OF PUBLIC SAFETY

Application:  ☐ Approved  ☐ Disapproved   Date _____

Reason Disapproved: _____

Signature _____  ☐ Sheriff of _____ County, Iowa
                                        ☐ Commissioner of the Iowa Department of Public Safety
☐ New Fee $ _____  ☐ Renewal Fee $ _____  ☐ Peace Officer/Correctional Officer – No Fee

WEBER 464

# STATE OF IOWA

## APPLICATION FOR PERMIT TO CARRY WEAPONS

TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

- [ ] Professional Permit (WP1)
- [ ] Nonprofessional Permit (WP2)
- [ ] Peace Officer Permit (WP7)
- [ ] Reserve Peace Officer Permit (WP10)
- [ ] Correctional Officer Permit (WP9)

- [ ] New Application
- [ ] Renewal – Permit Number _____

Firearms Safety Training Certification Number or Peace Officer Certification Date _____

**Attach copy of WP0 Firearms Safety Training Program Certificate of Completion (except certified peace officer)**

Name _Nelson_ _Donald_ _P._ Phone # (_____)
  (last)    (first)    (middle)

Other Names Ever Used (aliases) _None_

Residence _____
  (street)    (city)    (state)    (zip)

Social Security No. (optional) or DL _____ County of Residence _Osceola_ _IA_

Birthdate _____ Age _72_ Sex _M_ Hgt _5-11_ Wgt _190_ Hair _Br_ Eyes _Bl_

## Authorization for Release – Weapon Permit Applications

I, _____, do hereby authorize a review and full disclosure of all records concerning myself, as required by Iowa Code chapter 724, to any duly authorized agent of an Iowa sheriff or the Commissioner of the Iowa Department of Public Safety, whether the said records are of a public, private or confidential nature.

The intent of this authorization is to give my consent for full and complete disclosure of records of psychiatric treatment, substance abuse treatment, consultation and/or court ordered involuntary hospitalization including hospitals, clinics, private practitioners, the U.S. Veteran's Administration and clerks of court, as necessary to verify that I meet the requirements of the state of Iowa and the United States for the acquisition and possession of a firearm, and shall not be disseminated for any other purpose.

I understand that any information obtained which is developed directly or indirectly, in whole or part, upon this release authorization will be considered in determining my suitability for obtaining a permit to carry or acquire weapons in the state of Iowa. I also certify that any person(s) who may furnish such information concerning me shall not be held accountable for providing accurate information, and I do hereby release said person(s) from any and all liability which may be incurred as a result of furnishing such information.

I understand that the information contained in these records will be used for no purpose other than those stated above, and will be kept strictly confidential by the office of the issuing official.

I understand that I may be convicted of a class "D" felony pursuant to Iowa Code section 724.10 if I make a false statement of material fact on this application.

I understand the issuing officer is permitted to request my social security number (SSN) on this permit application pursuant to Iowa Code section 724.10 for permits to carry. I further understand that I am not required to provide it. The SSN, if provided voluntarily, may be used in the background investigation to assist in accurate identification. The permit application forms and the permits are public records, and if I provide my SSN, it will become part of that public record and may be disclosed upon request. I will be required to provide my driver license (DL) or Iowa ID number if I do not provide my SSN.

I understand that all information provided on this application is considered public record and may be disclosed upon request.

This "Signature On File" will be valid from this date and shall expire in one year.

Applicant Signature _D nald P Nelson_ Date _6-26-01_
WP5   Rev. 01/2001

WEBER-171

All of the following questions must be answered:

Yes No
1. Have you ever been convicted of a felony?
2. Have you ever been convicted of the misdemeanor crime of domestic abuse assault?
3. Have you ever been convicted of the misdemeanor crime of assault in violation of individual rights (hate crime)?
4. Have you ever been convicted of the misdemeanor crime of assault on a peace officer, fire fighter or health care provider?
5. Have you ever been convicted of the misdemeanor crime of setting a spring gun or trap?
6. Have you ever been convicted of the misdemeanor crime of hazing?
7. Have you ever been convicted of the misdemeanor crime of stalking?
8. Are you addicted to the use of alcohol or any controlled substance?
9. Do you have a history of repeated acts of violence?
10. Have you ever been adjudged mentally incompetent?

If you answered yes to any of the above, please explain: _____

11. Are you a citizen of the United States? If not, provide country of birth and alien registration number.
Country of birth: _____   Alien registration number: _____

## STATEMENT OF JUSTIFICATION
TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

This statement is to contain clear and convincing evidence that this applicant may be required to use deadly force to protect his/her life or the life of another. The issuing officer may accept or reject this application for a permit to carry based on this narrative and other considerations.

Applicant Signature _____   Date _____

## EMPLOYER AUTHORIZATION

This section is to be completed by the employer of an applicant for a professional permit to carry weapons. This authorization affirms the above described justification for issuance as being an employment requirement.

Employer Name _____   Telephone _____
Employer Address _____
Employer Signature _____   Date _____

## ISSUING OFFICER
MUST BE COMPLETED BY SHERIFF OR COMMISSIONER OF PUBLIC SAFETY

Application:  ☐ Approved   ☐ Disapproved   Date _____
Reason Disapproved: _____

Signature _____   ☐ Sheriff of _____ County, Iowa
☐ Commissioner of the Iowa Department of Public Safety
☐ New Fee $ _____   ☐ Renewal Fee $ _____   ☐ Peace Officer/Correctional Officer - No Fee

WEBER 472

# STATE OF IOWA

## APPLICATION FOR PERMIT TO CARRY WEAPONS
TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

☐ Professional Permit (WP1)  ☐ Peace Officer Permit (WP7)
☐ Nonprofessional Permit (WP2)  ☐ Reserve Peace Officer Permit (WP10)
  ☐ Correctional Officer Permit (WP9)

☐ New Application
☐ Renewal - Permit Number _____

Firearms Safety Training Certification Number or Peace Officer Certification Date _____

Attach copy of WP0 Firearms Safety Training Program Certificate of Completion (except certified peace officer)

Name _Voss_ (last) _Eric_ (first) _T_ (middle)  Phone # ( )

Other Names Ever Used (aliases) _____

Residence _____ (city) / (state) (zip)

Social Security No. (optional) or DL # _____  County of Residence _Osceola_

Birthdate _____ 33  Sex _M_  Hgt _6'1"_  Wgt _200_  Hair _Blond_  Eyes _Blue_

### Authorization for Release - Weapon Permit Applications

I, _Eric T. Voss_, do hereby authorize a review and full disclosure of all records concerning myself, as required by Iowa Code chapter 724, to any duly authorized agent of an Iowa sheriff or the Commissioner of the Iowa Department of Public Safety, whether the said records are of a public, private or confidential nature.

The intent of this authorization is to give my consent for full and complete disclosure of records of psychiatric treatment, substance abuse treatment, consultation and/or court ordered involuntary hospitalization including hospitals, clinics, private practitioners, the U.S. Veteran's Administration and clerks of court, as necessary to verify that I meet the requirements of the state of Iowa and the United States for the acquisition and possession of a firearm, and shall not be disseminated for any other purpose.

I understand that any information obtained which is developed directly or indirectly, in whole or part, upon this release authorization will be considered in determining my suitability for obtaining a permit to carry or acquire weapons in the state of Iowa. I also certify that any person(s) who may furnish such information concerning me shall not be held accountable for providing accurate information, and I do hereby release said person(s) from any and all liability which may be incurred as a result of furnishing such information.

I understand that the information contained in these records will be used for no purpose other than those stated above, and will be kept strictly confidential by the office of the issuing official.

I understand that I may be convicted of a class "D" felony pursuant to Iowa Code section 724.10 if I make a false statement of material fact on this application.

I understand the issuing officer is permitted to request my social security number (SSN) on this permit application pursuant to Iowa Code section 724.10 for permits to carry. I further understand that I am not required to provide it. The SSN, if provided voluntarily, may be used in the background investigation to assist in accurate identification. The permit application forms and the permits are public records, and if I provide my SSN, it will become part of that public record and may be disclosed upon request. I will be required to provide my driver license (DL) or Iowa ID number if I do not provide my SSN.

I understand that all information provided on this application is considered public record and may be disclosed upon request.

*This "Signature On File" will be valid from this date and shall expire in one year.*

Applicant Signature _Eric T. Voss_   Date _10/15/01_
WP5  Rev. 06/2001

WEBER 533

**All of the following questions must be answered:**

Yes No
- ☐ ☑ 1. Have you ever been convicted of a felony?
- ☐ ☑ 2. Have you ever been convicted of the misdemeanor crime of domestic abuse assault?
- ☐ ☑ 3. Have you ever been convicted of the misdemeanor crime of assault in violation of individual rights (hate crime)?
- ☐ ☑ 4. Have you ever been convicted of the misdemeanor crime of assault on a peace officer, fire fighter or health care provider?
- ☐ ☑ 5. Have you ever been convicted of the misdemeanor crime of setting a spring gun or trap?
- ☐ ☑ 6. Have you ever been convicted of the misdemeanor crime of hazing?
- ☐ ☑ 7. Have you ever been convicted of the misdemeanor crime of stalking?
- ☐ ☑ 8. Are you addicted to the use of alcohol or any controlled substance?
- ☐ ☑ 9. Do you have a history of repeated acts of violence?
- ☐ ☐ 10. Have you ever been adjudged mentally incompetent?

If you answered yes to any of the above, please explain: _____

_____

- ☑ ☐ 11. Are you a citizen of the United States? If not, provide country of birth and alien registration number:

Country of birth: _____ Alien registration number: _____

## STATEMENT OF JUSTIFICATION
### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

This statement is to contain clear and convincing evidence that this applicant may be required to use deadly force to protect his/her life or the life of another. The issuing officer may accept or reject this application for a permit to carry based on this narrative and other considerations.

*Hunting , Target , Personal Protection*

Applicant Signature *Eric T. Voss*   Date *10/15/01*

## EMPLOYER AUTHORIZATION

This section is to be completed by the employer of an applicant for a professional permit to carry weapons. This authorization affirms the above described justification for issuance is being an employment requirement.

Employer Name _____   Telephone _____

Employer Address _____

Employer Signature _____   Date _____

## ISSUING OFFICER
### MUST BE COMPLETED BY SHERIFF OR COMMISSIONER OF PUBLIC SAFETY

NICS Transaction Number (NTN) _____   Date NTN Received _____

Application: ☐ Approved   ☐ Disapproved   Date of Approval/Disapproval _____

Reason Disapproved: _____

Signature _____   ☐ Sheriff of _____ County, Iowa
                            ☐ Commissioner of the Iowa Department of Public Safety
☐ New Fee $_____   ☐ Renewal Fee $_____   ☐ Peace Officer/Correctional Officer - No Fee

WEBER 534

# STATE OF IOWA

## APPLICATION FOR PERMIT TO CARRY WEAPONS

TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

☐ Professional Permit (WP1)      ☐ Peace Officer Permit (WP7)
☐ Nonprofessional Permit (WP2)   ☐ Reserve Peace Officer Permit (WP10)
                                  ☐ Correctional Officer Permit (WP9)

☐ New Application
☐ Renewal - Permit Number _____

Firearms Safety Training Certification Number or Peace Officer Certification Date _____

Attach copy of WP0 Firearms Safety Training Program Certificate of Completion (except certified peace officer)

Name _VoSS_____  _ARNIE_____  _R___  Phone # _____
      (last)            (first)        (middle)

Other Names Ever Used (aliases) _____

Residence _____  / _____  _____  _____47
                            (city)              (state)          (zip)

Social Security No. (optional) or DL # _____  County of Residence _OSCEOLA____

Birthdate _'64_  Sex _M_  Hgt _6_  Wgt _170_  Hair _B_  Eyes _B_

---

### Authorization for Release - Weapon Permit Applications

I, _ARNIE VOSS_____, do hereby authorize a review and full disclosure of all records concerning myself, as required by Iowa Code chapter 724, to any duly authorized agent of an Iowa sheriff or the Commissioner of the Iowa Department of Public Safety, whether the said records are of a public, private or confidential nature.

The intent of this authorization is to give my consent for full and complete disclosure of records of psychiatric treatment, substance abuse treatment, consultation and/or court ordered involuntary hospitalization including hospitals, clinics, private practitioners, the U.S. Veteran's Administration and clerks of court, as necessary to verify that I meet the requirements of the state of Iowa and the United States for the acquisition and possession of a firearm, and shall not be disseminated for any other purpose.

I understand that any information obtained which is developed directly or indirectly, in whole or part, upon this release authorization will be considered in determining my suitability for obtaining a permit to carry or acquire weapons in the state of Iowa. I also certify that any person(s) who may furnish such information concerning me shall not be held accountable for providing accurate information, and I do hereby release said person(s) from any and all liability which may be incurred as a result of furnishing such information.

I understand that the information contained in these records will be used for no purpose other than those stated above, and will be kept strictly confidential by the office of the issuing official.

I understand that I may be convicted of a class "D" felony pursuant to Iowa Code section 724.10 if I make a false statement of material fact on this application.

I understand the issuing officer is permitted to request my social security number (SSN) on this permit application pursuant to Iowa Code section 724.10 for permits to carry. I further understand that I am not required to provide it. The SSN, if provided voluntarily, may be used in the background investigation to assist in accurate identification. The permit application forms and the permits are public records, and if I provide my SSN, it will become part of that public record and may be disclosed upon request. I will be required to provide my driver license (DL) or Iowa ID number if I do not provide my SSN.

I understand that all information provided on this application is considered public record and may be disclosed upon request.

*This "Signature On File" will be valid from this date and shall expire in one year.*

Applicant Signature _____  Date _10-15-01_

WP5 - Rev. 06/2001

WEBER 535

**All of the following questions must be answered:**

Yes No
- ☐ ☑ 1. Have you ever been convicted of a felony?
- ☐ ☑ 2. Have you ever been convicted of the misdemeanor crime of domestic abuse assault?
- ☐ ☑ 3. Have you ever been convicted of the misdemeanor crime of assault in violation of individual rights (hate crime)?
- ☐ ☑ 4. Have you ever been convicted of the misdemeanor crime of assault on a peace officer, fire fighter or health care provider?
- ☐ ☑ 5. Have you ever been convicted of the misdemeanor crime of setting a spring gun or trap?
- ☐ ☑ 6. Have you ever been convicted of the misdemeanor crime of hazing?
- ☐ ☑ 7. Have you ever been convicted of the misdemeanor crime of stalking?
- ☐ ☑ 8. Are you addicted to the use of alcohol or any controlled substance?
- ☐ ☑ 9. Do you have a history of repeated acts of violence?
- ☐ ☐ 10. Have you ever been adjudged mentally incompetent?

If you answered yes to any of the above, please explain: _____

_____

_____

- ☑ ☐ 11. Are you a citizen of the United States? If not, provide country of birth and alien registration number:

Country of birth: *OSCEOLA*    Alien registration number: _____

## STATEMENT OF JUSTIFICATION
### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

This statement is to contain clear and convincing evidence that this applicant may be required to use deadly force to protect his/her life or the life of another. The issuing officer may accept or reject this application for a permit to carry based on this narrative and other considerations.

*Hunting & Target Personal Protion*

_____

_____

_____

Applicant Signature *[signature]*   Date *10-15-0[*

## EMPLOYER AUTHORIZATION

This section is to be completed by the employer of an applicant for a professional permit to carry weapons. This authorization affirms the above described justification for issuance as being an employment requirement.

Employer Name _____   Telephone _____

Employer Address _____

Employer Signature _____   Date _____

## ISSUING OFFICER
### MUST BE COMPLETED BY SHERIFF OR COMMISSIONER OF PUBLIC SAFETY

NICS Transaction Number (NTN) _____   Date NTN Received _____

Application:   ☐ Approved   ☐ Disapproved   Date of Approval/Disapproval _____

Reason Disapproved: _____

Signature *[signature]*   ☐ Sheriff of _____ County, Iowa
                          ☐ Commissioner of the Iowa Department of Public Safety
☐ New Fee $ _____   ☐ Renewal Fee $ _____   ☐ Peace Officer/Correctional Officer - No Fee

WEBER 536

# STATE OF IOWA

## APPLICATION FOR PERMIT TO CARRY WEAPONS

### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

☐ Professional Permit (WP1)
☑ Nonprofessional Permit (WP2)

☐ Peace Officer Permit (WP7)
☐ Reserve Peace Officer Permit (WP10)
☐ Correctional Officer Permit (WP9)

☐ New Application
☑ Renewal - Permit Number 160.976

Firearms Safety Training Certification Number or Peace Officer Certification Date   18147    448-98

**Attach copy of WPD Firearms Safety Training Program Certificate of Completion (except certified peace officer)**

Name  WEBER      ALLAN      RAY       Phone #
      (last)            (first)           (middle)

Other Names Ever Used (aliases) _____

Residence _____
                              (city)                    (state)      (zip)

Social Security No. (optional) or DL # _____    County of Residence  Osceola

Birthdate _____   Age 6 1  Sex M  Hgt 5'11  Wgt 178  Hair Blond  Eyes HAZEL

---

## Authorization for Release - Weapon Permit Applications

I, Allan R. Weber , do hereby authorize a review and full disclosure of all records concerning myself, as required by Iowa Code chapter 724, to any duly authorized agent of an Iowa sheriff or the Commissioner of the Iowa Department of Public Safety, whether the said records are of a public, private or confidential nature.

The intent of this authorization is to give my consent for full and complete disclosure of records of psychiatric treatment, substance abuse treatment, consultation and/or court ordered involuntary hospitalization including hospitals, clinics, private practitioners, the U.S. Veteran's Administration and clerks of court, as necessary to verify that I meet the requirements of the state of Iowa and the United States for the acquisition and possession of a firearm, and shall not be disseminated for any other purpose.

I understand that any information obtained which is developed directly or indirectly, in whole or part, upon this release authorization will be considered in determining my suitability for obtaining a permit to carry or acquire weapons in the state of Iowa. I also certify that any person(s) who may furnish such information concerning me shall not be held accountable for providing accurate information, and I do hereby release said person(s) from any and all liability which may be incurred as a result of furnishing such information.

I understand that the information contained in these records will be used for no purpose other than those stated above, and will be kept strictly confidential by the office of the issuing official.

I understand that I may be convicted of a class "D" felony pursuant to Iowa Code section 724.10 if I make a false statement of material fact on this application.

I understand the issuing officer is permitted to request my social security number (SSN) on this permit application pursuant to Iowa Code section 724.10 for permits to carry. I further understand that I am not required to provide it. The SSN, if provided voluntarily, may be used in the background investigation to assist in accurate identification. The permit application forms and the permits are public records, and if I provide my SSN, it will become part of that public record and may be disclosed upon request. I will be required to provide my driver license (DL) or Iowa ID number if I do not provide my SSN.

I understand that all information provided on this application is considered public record and may be disclosed upon request.

This "Signature On File" will be valid from this date and shall expire in one year.

Applicant Signature  Allan R. Weber          Date 4/2/03
WP5 - Rev. 12/2001

*(vertical left margin)* NICS 4-2-03

WEBER 1039

**All of the following questions must be answered:**

Yes No

☐ ☑ 1. Have you ever been convicted of a felony?

☐ ☑ 2. Have you ever been convicted of the misdemeanor crime of domestic abuse assault?

☐ ☑ 3. Have you ever been convicted of the misdemeanor crime of assault in violation of individual rights (hate crime)?

☐ ☑ 4. Have you ever been convicted of the misdemeanor crime of assault on a peace officer, fire fighter or health care provider?

☐ ☑ 5. Have you ever been convicted of the misdemeanor crime of setting a spring gun or trap?

☐ ☑ 6. Have you ever been convicted of the misdemeanor crime of hazing?

☐ ☑ 7. Have you ever been convicted of the misdemeanor crime of stalking?

☐ ☑ 8. Are you addicted to the use of alcohol or any controlled substance?

☐ ☑ 9. Do you have a history of repeated acts of violence?

☐ ☑ 10. Have you ever been adjudged mentally incompetent?

If you answered yes to any of the above, please explain: _____

_____

☑ ☐ 11. Are you a citizen of the United States? If not, provide country of birth and alien registration number:

Country of birth: _____   Alien registration number: _____

## STATEMENT OF JUSTIFICATION
### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

This statement is to contain clear and convincing evidence that this applicant may be required to use deadly force to protect his/her life or the life of another. The issuing officer may accept or reject this application for a permit to carry based on this narrative and other considerations.

*I make business deposits to bank — occasionally buy sporting weapons*

Applicant Signature _Allen R. Weber_   Date _4/2/03_

## EMPLOYER AUTHORIZATION

This section is to be completed by the employer of an applicant for a professional permit to carry weapons. This authorization affirms the above described justification for issuance as being an employment requirement.

Employer Name _____   Telephone _____

Employer Address _____

Employer Signature _____   Date _____

## ISSUING OFFICER
### MUST BE COMPLETED BY SHERIFF OR COMMISSIONER OF PUBLIC SAFETY

Application: ☐ Approved  ☐ Disapproved   Date _____

Reason Disapproved: _____

Signature _____   ☐ Sheriff of _____ County, Iowa
☐ Commissioner of the Iowa Department of Public Safety
☐ New Fee $_____   ☐ Renewal Fee $_____   ☐ Peace Officer/Correctional Officer - No Fee

WEBER 1040

# STATE OF IOWA

## APPLICATION FOR PERMIT TO CARRY WEAPONS

### TYPE OR PRINT IN INK – MUST BE COMPLETED BY APPLICANT

☐ Professional Permit (WP1)
☑ Nonprofessional Permit (WP2)

☐ Peace Officer Permit (WP7)
☐ Reserve Peace Officer Permit (WP10)
☐ Correctional Officer Permit (WP9)

☐ New Application
☑ Renewal – Permit Number _178638_

Firearms Safety Training Certification Number or Peace Officer Certification Date _____

**Attach copy of WP0 Firearms Safety Training Program Certificate of Completion (except certified peace officer)**

Name _Holmes_  _Scott_  _Rodney_  Phone # ( ____ ) ____ – ____
(last)        (first)        (middle)

Other Names Ever Used (aliases) _____

Residence _____ _Sibley_ ____ (state) ____ (zip) ____
(city)

Social Security No. (optional) or DL _____ County of Residence _Osceola_

Birthdate _____ Age _58_ Sex _M_ Hgt _71"_ Wgt _185#_ Hair _Brown_ Eyes _Brown_

## Authorization for Release - Weapon Permit Applications

I, _Scott Rodney Holmes_, do hereby authorize a review and full disclosure of all records concerning myself, as required by Iowa Code chapter 724, to any duly authorized agent of an Iowa sheriff or the Commissioner of the Iowa Department of Public Safety, whether the said records are of a public, private or confidential nature.

The intent of this authorization is to give my consent for full and complete disclosure of records of psychiatric treatment, substance abuse treatment, consultation and/or court ordered involuntary hospitalization including hospitals, clinics, private practitioners, the U.S. Veteran's Administration and clerks of court, as necessary to verify that I meet the requirements of the state of Iowa and the United States for the acquisition and possession of a firearm, and shall not be disseminated for any other purpose.

I understand that any information obtained which is developed directly or indirectly, in whole or part, upon this release authorization will be considered in determining my suitability for obtaining a permit to carry or acquire weapons in the state of Iowa. I also certify that any person(s) who may furnish such information concerning me shall not be held accountable for providing accurate information, and I do hereby release said person(s) from any and all liability which may be incurred as a result of furnishing such information.

I understand that the information contained in these records will be used for no purpose other than those stated above, and will be kept strictly confidential by the office of the issuing official.

I understand that I may be convicted of a class "D" felony pursuant to Iowa Code section 724.10 if I make a false statement of material fact on this application.

I understand the issuing officer is permitted to request my social security number (SSN) on this permit application pursuant to Iowa Code section 724.10 for permits to carry. I further understand that I am not required to provide it. The permit application forms and the permits are public records, and if I provide my SSN, it will become part of that public record and may be disclosed upon request. I will be required to provide my driver license (DL) or Iowa ID number if I do not provide my SSN.

I understand that all information provided on this application is considered public record and may be disclosed upon request.

This "Signature On File" will be valid from this date and shall expire in one year.

Applicant Signature _____  Date _March 2, 2004_
WP5 – Rev. 12/2001

WEBER 1300

**All of the following questions must be answered:**

Yes No
1. Have you ever been convicted of a felony?
2. Have you ever been convicted of the misdemeanor crime of domestic abuse assault?
3. Have you ever been convicted of the misdemeanor crime of assault in violation of individual rights (hate crime)?
4. Have you ever been convicted of the misdemeanor crime of assault on a peace officer, fire fighter or health care provider?
5. Have you ever been convicted of the misdemeanor crime of setting a spring gun or trap?
6. Have you ever been convicted of the misdemeanor crime of hazing?
7. Have you ever been convicted of the misdemeanor crime of stalking?
8. Are you addicted to the use of alcohol or any controlled substance?
9. Do you have a history of repeated acts of violence?
10. Have you ever been adjudged mentally incompetent?

If you answered yes to any of the above, please explain: _____

11. Are you a citizen of the United States? If not, provide country of birth and alien registration number.
Country of birth: _____    Alien registration number: _____

## STATEMENT OF JUSTIFICATION
TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

This statement is to contain clear and convincing evidence that this applicant may be required to use deadly force to protect his/her life or the life of another. The issuing officer may accept or reject this application for a permit to carry based on this narrative and other considerations.

Applicant Signature _____    Date _____

## EMPLOYER AUTHORIZATION

This section is to be completed by the employer of an applicant for a professional permit to carry weapons. This authorization affirms the above described justification for issuance as being an employment requirement.

Employer Name _____    Telephone _____
Employer Address _____
Employer Signature _____    Date _____

## ISSUING OFFICER
MUST BE COMPLETED BY SHERIFF OR COMMISSIONER OF PUBLIC SAFETY

Application: ☐ Approved  ☐ Disapproved    Date _____
Reason Disapproved: _____

Signature _____    ☐ Sheriff of _____ County, Iowa
☐ Commissioner of the Iowa Department of Public Safety
☐ New Fee $_____  ☐ Renewal Fee $_____  ☐ Peace Officer/Correctional Officer - No Fee

WEBER 1301

# STATE OF IOWA

## APPLICATION FOR PERMIT TO CARRY WEAPONS
TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

☐ Professional Permit (WP1)
☑ Nonprofessional Permit (WP2)

☐ Peace Officer Permit (WP7)
☐ Reserve Peace Officer Permit (WP10)
☐ Correctional Officer Permit (WP9)

☐ New Application
☑ Renewal - Permit Number 160 849

Firearms Safety Training Certification Number or Peace Officer Certification Date ___71910___

**Attach copy of WP6 Firearms Safety Training Program Certificate of Completion (except certified peace officer)**

Name  Stanton      Rick    Alan      Phone # (_____)
        (last)        (first)      (middle)

Other Names Ever Used (aliases) _____

Residence _____ (city) / _____ (state)  (zip)

Social Security No. (optional) or DL # _____  County of Residence  Osceola

Birthdate _____  Age 33  Sex M  Hgt 5-10  Wgt 180  Hair Br  Eyes Gree..

### Authorization for Release - Weapon Permit Applications

I, ___Rick Stanton___, do hereby authorize a review and full disclosure of all records concerning myself, as required by Iowa Code chapter 724, to any duly authorized agent of an Iowa sheriff or the Commissioner of the Iowa Department of Public Safety, whether the said records are of a public, private or confidential nature.

The intent of this authorization is to give my consent for full and complete disclosure of records of psychiatric treatment, substance abuse treatment, consultation and/or court ordered involuntary hospitalization including hospitals, clinics, private practitioners, the U.S. Veteran's Administration and clerks of court, as necessary to verify that I meet the requirements of the state of Iowa and the United States for the acquisition and possession of a firearm, and shall not be disseminated for any other purpose.

I understand that any information obtained which is developed directly or indirectly, in whole or part, upon this release authorization will be considered in determining my suitability for obtaining a permit to carry or acquire weapons in the state of Iowa. I also certify that any person(s) who may furnish such information concerning me shall not be held accountable for providing accurate information, and I do hereby release said person(s) from any and all liability which may be incurred as a result of furnishing such information.

I understand that the information contained in these records will be used for no purpose other than those stated above, and will be kept strictly confidential by the office of the issuing official.

I understand that I may be convicted of a class "D" felony pursuant to Iowa Code section 724.10 if I make a false statement of material fact on this application.

I understand the issuing officer is permitted to request my social security number (SSN) on this permit application pursuant to Iowa Code section 724.10 for permits to carry. I further understand that I am not required to provide it. The SSN, if provided voluntarily, may be used in the background investigation to assist in accurate identification. The permit application forms and the permits are public records, and if I provide my SSN, it will become part of that public record and may be disclosed upon request. I will be required to provide my driver license (DL) or Iowa ID number if I do not provide my SSN.

I understand that all information provided on this application is considered public record and may be disclosed upon request.

*This "Signature On File" will be valid from this date and shall expire in one year.*

Applicant Signature _____  Date 3-12-04

WP6 - Rev. 12/2001

NICS 3-12-04

WEBER 1318

## All of the following questions must be answered:

Yes No

☐ ☑ 1. Have you ever been convicted of a felony?
☐ ☑ 2. Have you ever been convicted of the misdemeanor crime of domestic abuse assault?
☐ ☑ 3. Have you ever been convicted of the misdemeanor crime of assault in violation of individual rights (hate crime)?
☐ ☑ 4. Have you ever been convicted of the misdemeanor crime of assault on a peace officer, fire fighter or health care provider?
☐ ☑ 5. Have you ever been convicted of the misdemeanor crime of setting a spring gun or trap?
☐ ☑ 6. Have you ever been convicted of the misdemeanor crime of hazing?
☐ ☑ 7. Have you ever been convicted of the misdemeanor crime of stalking?
☐ ☑ 8. Are you addicted to the use of alcohol or any controlled substance?
☐ ☑ 9. Do you have a history of repeated acts of violence?
☑ ☑ 10. Have you ever been adjudged mentally incompetent?

If you answered yes to any of the above, please explain: _____

_____

☑ ☐ 11. Are you a citizen of the United States?  If not, provide country of birth and alien registration number.
Country of birth: _____   Alien registration number: _____

## STATEMENT OF JUSTIFICATION
### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

This statement is to contain clear and convincing evidence that this applicant may be required to use deadly force to protect his/her life or the life of another. The issuing officer may accept or reject this application for a permit to carry based on this narrative and other considerations.

*Hunting*

Applicant Signature _____   Date 3-12-04

## EMPLOYER AUTHORIZATION

This section is to be completed by the employer of an applicant for a professional permit to carry weapons. This authorization affirms the above described justification for issuance as being an employment requirement.

Employer Name _____   Telephone _____

Employer Address _____

Employer Signature _____   Date _____

## ISSUING OFFICER
### MUST BE COMPLETED BY SHERIFF OR COMMISSIONER OF PUBLIC SAFETY

Application:   ☐ Approved   ☐ Disapproved   Date _____

Reason Disapproved: _____

_____

Signature _____   ☐ Sheriff of _____ County, Iowa
☐ Commissioner of the Iowa Department of Public Safety
☐ Peace Officer/Correctional Officer - No Fee

☐ New Fee $ _____   ☐ Renewal Fee $ _____

WEBER 1319

# STATE OF IOWA

## APPLICATION FOR PERMIT TO CARRY WEAPONS

### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

☐ Professional Permit (WP1)
☒ Nonprofessional Permit (WP2)

☐ Peace Officer Permit (WP7)
☐ Reserve Peace Officer Permit (WP10)
☐ Correctional Officer Permit (WP8)

☐ New Application
☒ Renewal - Permit Number __74855 - 178620__

Firearms Safety Training Certification Number or Peace Officer Certification Date __74855__

Attach copy of WP0 Firearms Safety Training Program Certificate of Completion (except certified peace officer)

Name _Christians_   _Ben_   _C_   Phone # _____
    (last)        (first)       (middle)

Other Names Ever Used (aliases) _____

Residence _____   _____   _____   _____
                       (city)       (state)   (zip)

Driver License or Non-Operator ID# _____   County of Residence _Osceola_

Birthdate _____   Age _46_ Sex _M_ Hgt _6-3_ Wgt _210_ Hair _Brown_ Eyes _Haz_

### Authorization for Release - Weapon Permit Applications

I, _Ben Christian_, do hereby authorize a review and full disclosure of all records concerning myself, as required by Iowa Code chapter 724, to any duly authorized agent of an Iowa sheriff or the Commissioner of the Iowa Department of Public Safety, whether the said records are of a public, private or confidential nature.

The intent of this authorization is to give my consent for full and complete disclosure of records of psychiatric treatment, substance abuse treatment, consultation and/or court ordered involuntary hospitalization including hospitals, clinics, private practitioners, the U.S. Veteran's Administration and clerks of court, as necessary to verify that I meet the requirements of the state of Iowa and the United States for the acquisition and possession of a firearm, and shall not be disseminated for any other purpose.

I understand that any information obtained which is developed directly or indirectly, in whole or part, upon this release authorization will be considered in determining my suitability for obtaining a permit to carry or acquire weapons in the state of Iowa. I also certify that any person(s) who may furnish such information concerning me shall not be held accountable for providing accurate information, and I do hereby release said person(s) from any and all liability which may be incurred as a result of furnishing such information.

I understand that the information contained in these records will be used for no purpose other than those stated above, and will be kept strictly confidential by the office of the issuing official.

I understand that I may be convicted of a class "D" felony pursuant to Iowa Code section 724.10 if I make a false statement of material fact on this application.

I understand that all information provided on this application is considered public record and may be disclosed upon request.

This "Signature On File" will be valid from this date and shall expire in one year.

Applicant Signature _Ben Christian_   Date _2-18-05_
WP5  Rev. 02/2003

**All of the following questions must be answered:**

Yes No

☐ ☑ 1. Have you ever been convicted of a felony?

☐ ☑ 2. Have you ever been convicted of the misdemeanor crime of domestic abuse assault?

☐ ☑ 3. Have you ever been convicted of the misdemeanor crime of assault in violation of individual rights (hate crime)?

☐ ☐ 4. Have you ever been convicted of the misdemeanor crime of assault on a peace officer, jailer, correctional officer, fire fighter or health care provider?

☐ ☑ 5. Have you ever been convicted of the misdemeanor crime of setting a spring gun or trap?

☐ ☑ 6. Have you ever been convicted of the misdemeanor crime of hazing?

☐ ☑ 7. Have you ever been convicted of the misdemeanor crime of stalking?

☐ ☑ 8. Are you addicted to the use of alcohol or any controlled substance?

☐ ☑ 9. Do you have a history of repeated acts of violence?

☐ ☑ 10. Have you ever been adjudged mentally incompetent?

If you answered yes to any of the above, please explain: _____

_____

☑ ☐ 11. Are you a citizen of the United States? If not, provide country of citizenship and alien registration number. Country of citizenship: _____ Alien registration number: _____

## STATEMENT OF JUSTIFICATION
**TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT**

This statement is to contain clear and convincing evidence that this applicant may be required to use deadly force to protect his/her life or the life of another. The issuing officer may accept or reject this application for a permit to carry based on this narrative and other considerations.

_____

_____

_____

_____

_____

Applicant Signature _____   Date _____

## EMPLOYER AUTHORIZATION

This section is to be completed by the employer of an applicant for a professional permit to carry weapons. This authorization affirms the above described justification for issuance as being an employment requirement.

Employer Name _____   Telephone _____

Employer Address _____

Employer Signature _____   Date _____

## ISSUING OFFICER
**MUST BE COMPLETED BY SHERIFF OR COMMISSIONER OF PUBLIC SAFETY**

Application:   ☑ Approved   ☐ Disapproved   Date _02-19-05_

Reason Disapproved: _____

Signature _Taylor R Weber_   ☑ Sheriff of _Osceola_ County, Iowa
☐ Commissioner of the Iowa Department of Public Safety
☐ New Fee $ _____   ☐ Renewal Fee $ _____   ☐ Peace Officer/Correctional Officer - No Fee

WEBER 1578

# STATE OF IOWA

## APPLICATION FOR PERMIT TO CARRY WEAPONS

TYPE OR PRINT IN INK – MUST BE COMPLETED BY APPLICANT

- [ ] Professional Permit (WP1)
- [ ] Nonprofessional Permit (WP2)
- [X] Peace Officer Permit (WP7)
- [ ] Reserve Peace Officer Permit (WP10)
- [ ] Correctional Officer Permit (WP9)

- [ ] New Application
- [ ] Renewal - Permit Number _____

Firearms Safety Training Certification Number or Peace Officer Certification Date _____

Attach copy of WP0 Firearms Safety Training Program Certificate of Completion (except certified peace officer)

Name _Kruger   Henry   Anno_   Phone # _____
     (last)    (first)   (middle)

Other Names Ever Used (aliases) _none_

Residence _____
                              (city)         (state)    (zip)

Driver License or Non-Operator ID# _____   County of Residence _Osceola_

Birthdate _____   61   Sex _M_  Hgt _5-11_  Wgt _210_  Hair _B_  Eyes _B_

## Authorization for Release - Weapon Permit Applications

I, _Henry A. Kruger_, do hereby authorize a review and full disclosure of all records concerning myself, as required by Iowa Code chapter 724, to any duly authorized agent of an Iowa sheriff or the Commissioner of the Iowa Department of Public Safety, whether the said records are of a public, private or confidential nature.

The intent of this authorization is to give my consent for full and complete disclosure of records of psychiatric treatment, substance abuse treatment, consultation and/or court ordered involuntary hospitalization including hospitals, clinics, private practitioners, the U.S. Veteran's Administration and clerks of court, as necessary to verify that I meet the requirements of the state of Iowa and the United States for the acquisition and possession of a firearm, and shall not be disseminated for any other purpose.

I understand that any information obtained which is developed directly or indirectly, in whole or part, upon this release authorization will be considered in determining my suitability for obtaining a permit to carry or acquire weapons in the state of Iowa. I also certify that any person(s) who may furnish such information concerning me shall not be held accountable for providing accurate information, and I do hereby release said person(s) from any and all liability which may be incurred as a result of furnishing such information.

I understand that the information contained in these records will be used for no purpose other than those stated above, and will be kept strictly confidential by the office of the issuing official.

I understand that I may be convicted of a class "D" felony pursuant to Iowa Code section 724.10 if I make a false statement of material fact on this application.

I understand that all information provided on this application is considered public record and may be disclosed upon request.

This "Signature On File" will be valid from this date and shall expire in one year.

Applicant Signature _Henry A. Kruger_   Date _2-21-06_

WP5  Rev. 02/2003

WEBER 1850

**All of the following questions must be answered:**

Yes  No

☐ ☒ 1. Have you ever been convicted of a felony?

☐ ☒ 2. Have you ever been convicted of the misdemeanor crime of domestic abuse assault?

☐ ☒ 3. Have you ever been convicted of the misdemeanor crime of assault in violation of individual rights (hate crime)?

☐ ☒ 4. Have you ever been convicted of the misdemeanor crime of assault on a peace officer, jailer, correctional officer, fire fighter or health care provider?

☐ ☒ 5. Have you ever been convicted of the misdemeanor crime of setting a spring gun or trap?

☐ ☒ 6. Have you ever been convicted of the misdemeanor crime of hazing?

☐ ☒ 7. Have you ever been convicted of the misdemeanor crime of stalking?

☐ ☐ 8. Are you addicted to the use of alcohol or any controlled substance?

☐ ☐ 9. Do you have a history of repeated acts of violence?

☐ ☒ 10. Have you ever been adjudged mentally incompetent?

If you answered yes to any of the above, please explain: _____

_____

_____

☒ ☐ 11. Are you a citizen of the United States?  If not, provide country of citizenship and alien registration number:  Country of citizenship: _U S A_   Alien registration number: _____

## STATEMENT OF JUSTIFICATION
### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

This statement is to contain clear and convincing evidence that this applicant may be required to use deadly force to protect his/her life or the life of another.  The issuing officer may accept or reject this application for a permit to carry based on this narrative and other considerations.

_Target Shooting_

_____

_____

_____

Applicant Signature _Henry L. Kruger_     Date _2-21-06_

## EMPLOYER AUTHORIZATION

This section is to be completed by the employer of an applicant for a professional permit to carry weapons.  This authorization affirms the above described justification for issuance as being an employment requirement.

Employer Name _____     Telephone _____

Employer Address _____

Employer Signature _____     Date _____

## ISSUING OFFICER
### MUST BE COMPLETED BY SHERIFF OR COMMISSIONER OF PUBLIC SAFETY

Application:   ☒ Approved   ☐ Disapproved     Date _02-22-06_

Reason Disapproved: _____

Signature _____   ☒ Sheriff of _O'Brien_ County, Iowa
                              ☐ Commissioner of the Iowa Department of Public Safety
☐ New Fee $ _____   ☐ Renewal Fee $ _____   ☐ Peace Officer/Correctional Officer - No Fee

WEBER 1851

# STATE OF IOWA

## APPLICATION FOR PERMIT TO CARRY WEAPONS
### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

☐ Professional Permit (WP1)　　　☐ Peace Officer Permit (WP7)
☒ Nonprofessional Permit (WP2)　　☐ Reserve Peace Officer Permit (WP10)
　　　　　　　　　　　　　　　　☐ Correctional Officer Permit (WP8)

☐ New Application
☐ Renewal – Permit Number _____

Firearms Safety Training Certification Number or Peace Officer Certification Date _____

Attach copy of WP8 Firearms Safety Training Program Certificate of Completion (except certified peace officer)

Name __Ellic____ __Earl____ __Hershall____ Phone # _____
　　　　(last)　　　　(first)　　　　(middle)

Other Names Ever Used (aliases) _____

Residence _____
　　　　　　　　　　　　(city)　　　　　　　　(state)　　(zip)

Driver License or Non-Operator ID# _____ County of Residence __Osceola__

Birthdate _____ Age 66 Sex M Hgt 5'8" Wgt 210 Hair BRN Eyes BLU

## Authorization for Release - Weapon Permit Applications

I, _____, do hereby authorize a review and full disclosure of all records concerning myself, as required by Iowa Code chapter 724, to any duly authorized agent of an Iowa sheriff or the Commissioner of the Iowa Department of Public Safety, whether the said records are of a public, private or confidential nature.

The intent of this authorization is to give my consent for full and complete disclosure of records of psychiatric treatment, substance abuse treatment, consultation and/or court ordered involuntary hospitalization including hospitals, clinics, private practitioners, the U.S. Veteran's Administration and clerks of court, as necessary to verify that I meet the requirements of the state of Iowa and the United States for the acquisition and possession of a firearm, and shall not be disseminated for any other purpose.

I understand that any information obtained which is developed directly or indirectly, in whole or part, upon this release authorization will be considered in determining my suitability for obtaining a permit to carry or acquire weapons in the state of Iowa. I also certify that any person(s) who may furnish such information concerning me shall not be held accountable for providing accurate information, and I do hereby release said person(s) from any and all liability which may be incurred as a result of furnishing such information.

I understand that the information contained in these records will be used for no purpose other than those stated above, and will be kept strictly confidential by the office of the issuing official.

I understand that I may be convicted of a class "D" felony pursuant to Iowa Code section 724.10 if I make a false statement of material fact on this application.

I understand that all information provided on this application is considered public record and may be disclosed upon request.

*This "Signature On File" will be valid from this date and shall expire in one year.*

Applicant Signature _____ Date Jun 10 2005
WP5  Rev. 02/2003

WEBER 2088

**All of the following questions must be answered:**

| Yes | No | |
|---|---|---|
| ☐ | ☒ | 1. Have you ever been convicted of a felony? |
| ☐ | ☒ | 2. Have you ever been convicted of the misdemeanor crime of domestic abuse assault? |
| ☐ | ☒ | 3. Have you ever been convicted of the misdemeanor crime of assault in violation of individual rights (hate crime)? |
| ☐ | ☒ | 4. Have you ever been convicted of the misdemeanor crime of assault on a peace officer, jailer, correctional officer, fire fighter or health care provider? |
| ☐ | ☒ | 5. Have you ever been convicted of the misdemeanor crime of setting a spring gun or trap? |
| ☐ | ☒ | 6. Have you ever been convicted of the misdemeanor crime of hazing? |
| ☐ | ☒ | 7. Have you ever been convicted of the misdemeanor crime of stalking? |
| ☐ | ☒ | 8. Are you addicted to the use of alcohol or any controlled substance? |
| ☐ | ☒ | 9. Do you have a history of repeated acts of violence? |
| ☐ | ☒ | 10. Have you ever been adjudged mentally incompetent? |

If you answered yes to any of the above, please explain: _____

_____

☒ ☐ 11. Are you a citizen of the United States? If not, provide country of citizenship and alien registration number:  Country of citizenship: _____  Alien registration number: _____

## STATEMENT OF JUSTIFICATION
### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

This statement is to contain clear and convincing evidence that this applicant may be required to use deadly force to protect his/her life or the life of another. The issuing officer may accept or reject this application for a permit to carry based on this narrative and other considerations.

_____

_____

_____

_____

_____

Applicant Signature _____  Date _Jan 10 2007_

## EMPLOYER AUTHORIZATION

This section is to be completed by the employer of an applicant for a professional permit to carry weapons. This authorization affirms the above described justification for issuance as being an employment requirement.

Employer Name _____  Telephone _____

Employer Address _____

Employer Signature _____  Date _____

## ISSUING OFFICER
### MUST BE COMPLETED BY SHERIFF OR COMMISSIONER OF PUBLIC SAFETY

Application:  ☒ Approved   ☐ Disapproved   Date _01-11-07_

Reason Disapproved: _____

Signature _____  ☒ Sheriff of _Osceola_ County, Iowa
☐ Commissioner of the Iowa Department of Public Safety
☐ New Fee $ _____   ☐ Renewal Fee $ _____   ☐ Peace Officer/Correctional Officer – No Fee

WEBER 2089

# STATE OF IOWA

## APPLICATION FOR PERMIT TO CARRY WEAPONS

### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

- ☐ Professional Permit (WP1)
- ☒ Nonprofessional Permit (WP2)
- ☐ Peace Officer Permit (WP7)
- ☐ Reserve Peace Officer Permit (WP10)
- ☐ Correctional Officer Permit (WP9)

- ☒ New Application
- ☐ Renewal - Permit Number _____

Firearms Safety Training Certification Number or Peace Officer Certification Date _____

Attach copy of WP0 Firearms Safety Training Program Certificate of Completion (except certified peace officer)

Name **Kohn**          **Debra**          **Ann**          Phone # _____
          (last)                    (first)                    (middle)

Other Names Ever Used (aliases) _____

Residence _____
                              (city)                    (state)    (zip)

Driver License or Non-Operator ID# _____   County of Residence **Osceola**

Birthdate _____   Age **47**  Sex **F**  Hgt **5'7"**  Wgt **290**  Hair **brown**  Eyes **Blue**

### Authorization for Release - Weapon Permit Applications

I, **Debra Ann Kohn**, do hereby authorize a review and full disclosure of all records concerning myself, as required by Iowa Code chapter 724, to any duly authorized agent of an Iowa sheriff or the Commissioner of the Iowa Department of Public Safety, whether the said records are of a public, private or confidential nature.

The intent of this authorization is to give my consent for full and complete disclosure of records of psychiatric treatment, substance abuse treatment, consultation and/or court ordered involuntary hospitalization including hospitals, clinics, private practitioners, the U.S. Veteran's Administration and clerks of court, as necessary to verify that I meet the requirements of the state of Iowa and the United States for the acquisition and possession of a firearm, and shall not be disseminated for any other purpose.

I understand that any information obtained which is developed directly or indirectly, in whole or part, upon this release authorization will be considered in determining my suitability for obtaining a permit to carry or acquire weapons in the state of Iowa. I also certify that any person(s) who may furnish such information concerning me shall not be held accountable for providing accurate information, and I do hereby release said person(s) from any and all liability which may be incurred as a result of furnishing such information.

I understand that the information contained in these records will be used for no purpose other than those stated above, and will be kept strictly confidential by the office of the issuing official.

I understand that I may be convicted of a class "D" felony pursuant to Iowa Code section 724.10 if I make a false statement of material fact on this application.

I understand that all information provided on this application is considered public record and may be disclosed upon request.

This "Signature On File" will be valid from this date and shall expire in one year.

Applicant Signature **Debra Ann Kohn**          Date **1/25/07**

WP5  Rev. 02/2003

*(handwritten in right margin)* NICS O.K

WEBER 2115

All of the following questions must be answered:

Yes No

☐ ☒ 1. Have you ever been convicted of a felony?
☐ ☒ 2. Have you ever been convicted of the misdemeanor crime of domestic abuse assault?
☐ ☐ 3. Have you ever been convicted of the misdemeanor crime of assault in violation of individual rights (hate crime)?
☐ ☒ 4. Have you ever been convicted of the misdemeanor crime of assault on a peace officer, jailer, correctional officer, fire fighter or health care provider?
☐ ☒ 5. Have you ever been convicted of the misdemeanor crime of setting a spring gun or trap?
☐ ☒ 6. Have you ever been convicted of the misdemeanor crime of hazing?
☐ ☒ 7. Have you ever been convicted of the misdemeanor crime of stalking?
☐ ☒ 8. Are you addicted to the use of alcohol or any controlled substance?
☐ ☒ 9. Do you have a history of repeated acts of violence?
☐ ☒ 10. Have you ever been adjudged mentally incompetent?

If you answered yes to any of the above, please explain: _____

_____

_____

☒ ☐ 11. Are you a citizen of the United States? If not, provide country of citizenship and alien registration number:   Country of citizenship: _____   Alien registration number: _____

## STATEMENT OF JUSTIFICATION
### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

This statement is to contain clear and convincing evidence that this applicant may be required to use deadly force to protect his/her life or the life of another. The issuing officer may accept or reject this application for a permit to carry based on this narrative and other considerations.

*I would like to have this permit mainly for protection of myself, family, home & property if the need would ever arise.*

Applicant Signature _____   Date _____

## EMPLOYER AUTHORIZATION

This section is to be completed by the employer of an applicant for a professional permit to carry weapons. This authorization affirms the above described justification for issuance as being an employment requirement.

Employer Name _____   Telephone _____

Employer Address _____

Employer Signature _____   Date _____

## ISSUING OFFICER
### MUST BE COMPLETED BY SHERIFF OR COMMISSIONER OF PUBLIC SAFETY

Application:  ☒ Approved   ☐ Disapproved   Date *01-26-07*

Reason Disapproved: _____

Signature *Dyla Rueda*   ☒ Sheriff of *Osceola* _____ County, Iowa
☐ Commissioner of the Iowa Department of Public Safety
☐ New Fee $ _____   ☐ Renewal Fee $ _____   ☐ Peace Officer/Correctional Officer - No Fee

WEBER 2116

# STATE OF IOWA

## APPLICATION FOR PERMIT TO CARRY WEAPONS

### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

☐ Professional Permit (WP1)          ☐ Peace Officer Permit (WP7)
☒ Nonprofessional Permit (WP2)       ☐ Reserve Peace Officer Permit (WP10)
                                     ☐ Correctional Officer Permit (WP8)

☒ New Application
☐ Renewal - Permit Number _____

Firearms Safety Training Certification Number or Peace Officer Certification Date _____

Attach copy of WP9 Firearms Safety Training Program Certificate of Completion (except certified peace officer)

Name _N A S E R S_  _S c o t t_  _T h o n a s_ Phone # _____
      (last)        (first)      (middle)

Other Names Ever Used (aliases) _____
                                        SF

Residence _____    _____  _____  _____
                                   (city)              (state)  (zip)

Driver License or Non-Operator ID# _____  County of Residence _Osceola_

Birthdate _____  Age _40_ Sex _m_ Hgt _5'11"_ Wgt _230_ Hair _brown_ Eyes _Haz_

### Authorization for Release - Weapon Permit Applications

I, _Scott Nasers_, do hereby authorize a review and full disclosure of all records concerning myself, as required by Iowa Code chapter 724, to any duly authorized agent of an Iowa sheriff or the Commissioner of the Iowa Department of Public Safety, whether the said records are of a public, private or confidential nature.

The intent of this authorization is to give my consent for full and complete disclosure of records of psychiatric treatment, substance abuse treatment, consultation and/or court ordered involuntary hospitalization including hospitals, clinics, private practitioners, the U.S. Veteran's Administration and clerks of court, as necessary to verify that I meet the requirements of the state of Iowa and the United States for the acquisition and possession of a firearm, and shall not be disseminated for any other purpose.

I understand that any information obtained which is developed directly or indirectly, in whole or part, upon this release authorization will be considered in determining my suitability for obtaining a permit to carry or acquire weapons in the state of Iowa. I also certify that any person(s) who may furnish such information concerning me shall not be held accountable for providing accurate information, and I do hereby release said person(s) from any and all liability which may be incurred as a result of furnishing such information.

I understand that the information contained in these records will be used for no purpose other than those stated above, and will be kept strictly confidential by the office of the issuing official.

I understand that I may be convicted of a class "D" felony pursuant to Iowa Code section 724.10 if I make a false statement of material fact on this application.

I understand that all information provided on this application is considered public record and may be disclosed upon request.

*This "Signature On File" will be valid from this date and shall expire in one year.*

Applicant Signature _Scott Nasers_        Date _1-26-07_

WP5  Rev. 02/2003

WEBER 2121

**All of the following questions must be answered:**

Yes No

☑ ☐  1. Have you ever been convicted of a felony?
☑ ☐  2. Have you ever been convicted of the misdemeanor crime of domestic abuse assault?
☐ ☑  3. Have you ever been convicted of the misdemeanor crime of assault in violation of individual rights (hate crime)?
☐ ☑  4. Have you ever been convicted of the misdemeanor crime of assault on a peace officer, jailer, correctional officer, fire fighter or health care provider?
☐ ☑  5. Have you ever been convicted of the misdemeanor crime of setting a spring gun or trap?
☐ ☑  6. Have you ever been convicted of the misdemeanor crime of hazing?
☐ ☑  7. Have you ever been convicted of the misdemeanor crime of stalking?
☐ ☑  8. Are you addicted to the use of alcohol or any controlled substance?
☐ ☑  9. Do you have a history of repeated acts of violence?
☐ ☑  10. Have you ever been adjudged mentally incompetent?

If you answered yes to any of the above, please explain: _I push my x-wife_
_a little and she call the cops on me. there_
_was no hitting or anything just a push._

☑ ☐  11. Are you a citizen of the United States? If not, provide country of citizenship and alien registration number.   Country of citizenship: _____   Alien registration number: _____

## STATEMENT OF JUSTIFICATION
### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

This statement is to contain clear and convincing evidence that this applicant may be required to use deadly force to protect his/her life or the life of another. The issuing officer may accept or reject this application for a permit to carry based on this narrative and other considerations.

_I would like it for personal protection, Hunting_
_and mainly protection of my family & property_
_if the event ever occured._

Applicant Signature _Scott Raum_   Date _1-26-07_

## EMPLOYER AUTHORIZATION

This section is to be completed by the employer of an applicant for a professional permit to carry weapons. This authorization affirms the above described justification for issuance as being an employment requirement.

Employer Name _Self Employed_   Telephone _____

Employer Address _____

Employer Signature _____   Date _____

## ISSUING OFFICER
### MUST BE COMPLETED BY SHERIFF OR COMMISSIONER OF PUBLIC SAFETY

Application:  ☑ Approved   ☐ Disapproved   Date _01-26-07_

Reason Disapproved: _____

Signature _Doyle Rhoder_   ☑ Sheriff of _Osceola_ County, Iowa
☐ Commissioner of the Iowa Department of Public Safety
☐ New Fee $_____   ☐ Renewal Fee $_____   ☐ Peace Officer/Correctional Officer - No Fee

WEBER 2122

# STATE OF IOWA

## APPLICATION FOR PERMIT TO CARRY WEAPONS
### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

- [ ] Professional Permit (WP1)
- [ ] Nonprofessional Permit (WP2)
- [ ] Peace Officer Permit (WP7)
- [ ] Reserve Peace Officer Permit (WP10)
- [ ] Correctional Officer Permit (WP9)

- [x] New Application
- [x] Renewal - Permit Number _68080_

Firearms Safety Training Certification Number or Peace Officer Certification Date _68080_

Attach copy of WP8 Firearms Safety Training Program Certificate of Completion (except certified peace officer)

Name _Grady_ (last) _Dan_ (first) _Lee_ (middle)   Phone #

Other Names Ever Used (aliases) _____

Residence _____ (city) _____ (state) _____ (zip)

Driver License or Non-Operator ID# _____   County of Residence _Osceola_

Birthdate _____   Age _51_ Sex _M_ Hgt _6_ Wgt _190_ Hair _Br_ Eyes _Hazel_

## Authorization for Release - Weapon Permit Applications

I, _____, do hereby authorize a review and full disclosure of all records concerning myself, as required by Iowa Code chapter 724, to any duly authorized agent of an Iowa sheriff or the Commissioner of the Iowa Department of Public Safety, whether the said records are of a public, private or confidential nature.

The intent of this authorization is to give my consent for full and complete disclosure of records of psychiatric treatment, substance abuse treatment, consultation and/or court ordered involuntary hospitalization including hospitals, clinics, private practitioners, the U.S. Veteran's Administration and clerks of court, as necessary to verify that I meet the requirements of the state of Iowa and the United States for the acquisition and possession of a firearm, and shall not be disseminated for any other purpose.

I understand that any information obtained which is developed directly or indirectly, in whole or part, upon this release authorization will be considered in determining my suitability for obtaining a permit to carry or acquire weapons in the state of Iowa. I also certify that any person(s) who may furnish such information concerning me shall not be held accountable for providing accurate information, and I do hereby release said person(s) from any and all liability which may be incurred as a result of furnishing such information.

I understand that the information contained in these records will be used for no purpose other than those stated above, and will be kept strictly confidential by the office of the issuing official.

I understand that I may be convicted of a class "D" felony pursuant to Iowa Code section 724.10 if I make a false statement of material fact on this application.

I understand that all information provided on this application is considered public record and may be disclosed upon request.

This "Signature On File" will be valid from this date and shall expire in one year.

Applicant Signature _____   Date _4-2-07_
WP5   Rev. 02/2003

WEBER 2195

**All of the following questions must be answered:**

| Yes | No | |
|---|---|---|
| ☐ | ☒ | 1. Have you ever been convicted of a felony? |
| ☐ | ☒ | 2. Have you ever been convicted of the misdemeanor crime of domestic abuse assault? |
| ☐ | ☐ | 3. Have you ever been convicted of the misdemeanor crime of assault in violation of individual rights (hate crime)? |
| ☐ | ☒ | 4. Have you ever been convicted of the misdemeanor crime of assault on a peace officer, jailer, correctional officer, fire fighter or health care provider? |
| ☐ | ☒ | 5. Have you ever been convicted of the misdemeanor crime of setting a spring gun or trap? |
| ☐ | ☒ | 6. Have you ever been convicted of the misdemeanor crime of hazing? |
| ☐ | ☒ | 7. Have you ever been convicted of the misdemeanor crime of stalking? |
| ☐ | ☒ | 8. Are you addicted to the use of alcohol or any controlled substance? |
| ☐ | ☒ | 9. Do you have a history of repeated acts of violence? |
| ☐ | ☒ | 10. Have you ever been adjudged mentally incompetent? |

If you answered yes to any of the above, please explain: _____

_____

_____

| ☒ | ☐ | 11. Are you a citizen of the United States? If not, provide country of citizenship and alien registration number:  Country of citizenship: _____ Alien registration number: _____ |

## STATEMENT OF JUSTIFICATION
### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

This statement is to contain clear and convincing evidence that this applicant may be required to use deadly force to protect his/her life or the life of another. The issuing officer may accept or reject this application for a permit to carry based on this narrative and other considerations.

_Trapping Hunting target_

_____

_____

Applicant Signature _____    Date 4-2-07

## EMPLOYER AUTHORIZATION

This section is to be completed by the employer of an applicant for a professional permit to carry weapons. This authorization affirms the above described justification for issuance as being an employment requirement.

Employer Name _____    Telephone _____

Employer Address _____

Employer Signature _____    Date _____

## ISSUING OFFICER
### MUST BE COMPLETED BY SHERIFF OR COMMISSIONER OF PUBLIC SAFETY

Application:  ☒ Approved    ☐ Disapproved    Date 04-03-07

Reason Disapproved: _____

Signature _____    ☒ Sheriff of Osceola _____ County, Iowa
                                    ☐ Commissioner of the Iowa Department of Public Safety

☐ New Fee $ _____    ☐ Renewal Fee $ _____    ☐ Peace Officer/Correctional Officer - No Fee

WEBER 2196

# STATE OF IOWA

## APPLICATION FOR PERMIT TO CARRY WEAPONS
### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

☐ Professional Permit (WP1)          ☐ Peace Officer Permit (WP7)
☒ Nonprofessional Permit (WP2)      ☐ Reserve Peace Officer Permit (WP10)
                                      ☐ Correctional Officer Permit (WP9)

☒ New Application
☐ Renewal - Permit Number _94952_

Firearms Safety Training Certification Number or Peace Officer Certification Date _74952_

Attach copy of WP0 Firearms Safety Training Program Certificate of Completion (except certified peace officer)

Name _De Weerdt_   _Dean_   _Allen_   Phone # _____
     (last)          (first)        (middle)

Other Names Ever Used (aliases) _____

Residence _____   _____   _____   _____
                                      (city)      (state)   (zip)

Driver License or Non-Operator ID# _____   County of Residence _Osceola_

Birthdate _____   Age _34_   Sex _M_   Hgt _5'8"_   Wgt _140_   Hair _Br._   Eyes _Blue_

### Authorization for Release - Weapon Permit Applications

I, _Dean DeWeerdt_ _____, do hereby authorize a review and full disclosure of all records concerning myself, as required by Iowa Code chapter 724, to any duly authorized agent of an Iowa sheriff or the Commissioner of the Iowa Department of Public Safety, whether the said records are of a public, private or confidential nature.

The intent of this authorization is to give my consent for full and complete disclosure of records of psychiatric treatment, substance abuse treatment, consultation and/or court ordered involuntary hospitalization including hospitals, clinics, private practitioners, the U.S. Veteran's Administration and clerks of court, as necessary to verify that I meet the requirements of the state of Iowa and the United States for the acquisition and possession of a firearm, and shall not be disseminated for any other purpose.

I understand that any information obtained which is developed directly or indirectly, in whole or part, upon this release authorization will be considered in determining my suitability for obtaining a permit to carry or acquire weapons in the state of Iowa. I also certify that any person(s) who may furnish such information concerning me shall not be held accountable for providing accurate information, and I do hereby release said person(s) from any and all liability which may be incurred as a result of furnishing such information.

I understand that the information contained in these records will be used for no purpose other than those stated above, and will be kept strictly confidential by the office of the issuing official.

I understand that I may be convicted of a class "D" felony pursuant to Iowa Code section 724.10 if I make a false statement of material fact on this application.

I understand that all information provided on this application is considered public record and may be disclosed upon request.

_This "Signature On File" will be valid from this date and shall expire in one year._

Applicant Signature _Dean DeWeerdt_   Date _10-2-07_
WP5  Rev. 02/2003

WEBER 2275

**All of the following questions must be answered:**

Yes No
1. Have you ever been convicted of a felony?
2. Have you ever been convicted of the misdemeanor crime of domestic abuse assault?
3. Have you ever been convicted of the misdemeanor crime of assault in violation of individual rights (hate crime)?
4. Have you ever been convicted of the misdemeanor crime of assault on a peace officer, jailer, correctional officer, fire fighter or health care provider?
5. Have you ever been convicted of the misdemeanor crime of setting a spring gun or trap?
6. Have you ever been convicted of the misdemeanor crime of hazing?
7. Have you ever been convicted of the misdemeanor crime of stalking?
8. Are you addicted to the use of alcohol or any controlled substance?
9. Do you have a history of repeated acts of violence?
10. Have you ever been adjudged mentally incompetent?

If you answered yes to any of the above, please explain: _____

11. Are you a citizen of the United States? If not, provide country of citizenship and alien registration number:   Country of citizenship: _____   Alien registration number: _____

## STATEMENT OF JUSTIFICATION
### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

This statement is to contain clear and convincing evidence that this applicant may be required to use deadly force to protect his/her life or the life of another. The issuing officer may accept or reject this application for a permit to carry based on this narrative and other considerations.

hunting + target

Applicant Signature _____   Date 10-2-07

## EMPLOYER AUTHORIZATION

This section is to be completed by the employer of an applicant for a professional permit to carry weapons. This authorization affirms the above described justification for issuance as being an employment requirement.

Employer Name _____   Telephone _____

Employer Address _____

Employer Signature _____   Date _____

## ISSUING OFFICER
### MUST BE COMPLETED BY SHERIFF OR COMMISSIONER OF PUBLIC SAFETY

Application:   ☒ Approved   ☐ Disapproved   Date 10-24-07

Reason Disapproved: _____

Signature _____ ☒ Sheriff of _____ County, Iowa
                                   ☐ Commissioner of the Iowa Department of Public Safety
☐ New Fee $ _____   ☐ Renewal Fee $ _____   ☐ Peace Officer/Correctional Officer - No Fee

WEBER 2276

# STATE OF IOWA

## APPLICATION FOR PERMIT TO CARRY WEAPONS

### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

☐ Professional Permit (WP1)          ☐ Peace Officer Permit (WP7)
☒ Nonprofessional Permit (WP2)        ☐ Reserve Peace Officer Permit (WP10)
                                      ☐ Correctional Officer Permit (WP9)

☐ New Application
☐ Renewal - Permit Number _____

Firearms Safety Training Certification Number or Peace Officer Certification Date    74857

Attach copy of WP0 Firearms Safety Training Program Certificate of Completion (except certified peace officer)

Name  Frey        Robert        A              Phone # _____
      (last)      (first)       (middle)

Other Names Ever Used (aliases) _____

Residence _____
                          (city)                    (state)    (zip)

Driver License or Non-Operator ID# _____ County of Residence  Osceola

Birthdate _____ Age 58  Sex M  Hgt 6'0"  Wgt 160  Hair Blonde  Eyes Blue

## Authorization for Release - Weapon Permit Applications

I, Robert A. Frey _____, do hereby authorize a review and full disclosure of all records concerning myself, as required by Iowa Code chapter 724, to any duly authorized agent of an Iowa sheriff or the Commissioner of the Iowa Department of Public Safety, whether the said records are of a public, private or confidential nature.

The intent of this authorization is to give my consent for full and complete disclosure of records of psychiatric treatment, substance abuse treatment, consultation and/or court ordered involuntary hospitalization including hospitals, clinics, private practitioners, the U.S. Veteran's Administration and clerks of court, as necessary to verify that I meet the requirements of the state of Iowa and the United States for the acquisition and possession of a firearm, and shall not be disseminated for any other purpose.

I understand that any information obtained which is developed directly or indirectly, in whole or part, upon this release authorization will be considered in determining my suitability for obtaining a permit to carry or acquire weapons in the state of Iowa. I also certify that any person(s) who may furnish such information concerning me shall not be held accountable for providing accurate information, and I do hereby release said person(s) from any and all liability which may be incurred as a result of furnishing such information.

I understand that the information contained in these records will be used for no purpose other than those stated above, and will be kept strictly confidential by the office of the issuing official.

I understand that I may be convicted of a class "D" felony pursuant to Iowa Code section 724.10 if I make a false statement of material fact on this application.

I understand that all information provided on this application is considered public record and may be disclosed upon request.

This "Signature On File" will be valid from this date and shall expire in one year.

Applicant Signature _____    Date January 4, 2008
WP5  Rev. 02/2003

WEBER 2372

**All of the following questions must be answered:**

Yes No

☐ ☒ 1. Have you ever been convicted of a felony?
☐ ☒ 2. Have you ever been convicted of the misdemeanor crime of domestic abuse assault?
☐ ☐ 3. Have you ever been convicted of the misdemeanor crime of assault in violation of individual rights (hate crime)?
☐ ☒ 4. Have you ever been convicted of the misdemeanor crime of assault on a peace officer, jailer, correctional officer, fire fighter or health care provider?
☐ ☒ 5. Have you ever been convicted of the misdemeanor crime of setting a spring gun or trap?
☐ ☒ 6. Have you ever been convicted of the misdemeanor crime of hazing?
☐ ☒ 7. Have you ever been convicted of the misdemeanor crime of stalking?
☐ ☒ 8. Are you addicted to the use of alcohol or any controlled substance?
☐ ☒ 9. Do you have a history of repeated acts of violence?
☐ ☒ 10. Have you ever been adjudged mentally incompetent?

If you answered yes to any of the above, please explain: _____

_____

☒ ☐ 11. Are you a citizen of the United States? If not, provide country of citizenship and alien registration number:   Country of citizenship: _____   Alien registration number: _____

## STATEMENT OF JUSTIFICATION
### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

This statement is to contain clear and convincing evidence that this applicant may be required to use deadly force to protect his/her life or the life of another. The issuing officer may accept or reject this application for a permit to carry based on this narrative and other considerations.

*Self Protection*

Applicant Signature _Robert Sea_   Date _January 4, 2008_

## EMPLOYER AUTHORIZATION

This section is to be completed by the employer of an applicant for a professional permit to carry weapons. This authorization affirms the above described justification for issuance as being an employment requirement.

Employer Name _____   Telephone _____

Employer Address _____

Employer Signature _____   Date _____

## ISSUING OFFICER
### MUST BE COMPLETED BY SHERIFF OR COMMISSIONER OF PUBLIC SAFETY

Application:   ☒ Approved   ☐ Disapproved   Date _01-04-08_

Reason Disapproved: _____

Signature _____   ☒ Sheriff of _____ County, Iowa
☐ New Fee $ _____   ☐ Renewal Fee $ _____   ☐ Commissioner of the Iowa Department of Public Safety
☐ Peace Officer/Correctional Officer - No Fee

WEBER 2373

# STATE OF IOWA

## APPLICATION FOR PERMIT TO CARRY WEAPONS

### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT

☐ Professional Permit (WP1)
☑ Nonprofessional Permit (WP2)

☐ Peace Officer Permit (WP7)
☐ Reserve Peace Officer Permit (WP10)
☐ Correctional Officer Permit (WP9)

☐ New Application
☑ Renewal - Permit Number _NTN: 10L3-6X8_

Safety Training Certification Number or Peace Officer Certification Date __68070__

**Copy** of WP0 Firearms Safety Training Program Certificate of Completion (except certified peace officer)

**Name** _Schram_ _Duane_ _Allen_ Phone # _____
(last)          (first)          (middle)

Other Names Ever Used (aliases) _____

Residence _____ _Sibley_ _____ _IA_ _____
                                    (city)              (state)    (zip)

Driver License or Non-Operator ID# _____ County of Residence _Osceola_

Birthdate _____ Age _52_ Sex _M_ Hgt _5'10_ Wgt _217_ Hair _BLD_ Eyes _haz_

### Authorization for Release - Weapon Permit Applications

I, _Duane Schram_, do hereby authorize a review and full disclosure of all records concerning myself, as required by Iowa Code chapter 724, to any duly authorized agent of an Iowa sheriff or the Commissioner of the Iowa Department of Public Safety, whether the said records are of a public, private or confidential nature.

The intent of this authorization is to give my consent for full and complete disclosure of records of psychiatric treatment, substance abuse treatment, consultation and/or court ordered involuntary hospitalization including hospitals, clinics, private practitioners, the U.S. Veteran's Administration and clerks of court, as necessary to verify that I meet the requirements of the state of Iowa and the United States for the acquisition and possession of a firearm, and shall not be disseminated for any other purpose.

I understand that any information obtained which is developed directly or indirectly, in whole or part, upon this release authorization will be considered in determining my suitability for obtaining a permit to carry or acquire weapons in the state of Iowa. I also certify that any person(s) who may furnish such information concerning me shall not be held accountable for providing accurate information, and I do hereby release said person(s) from any and all liability which may be incurred as a result of furnishing such information.

I understand that the information contained in these records will be used for no purpose other than those stated above, and will be kept strictly confidential by the office of the issuing official.

I understand that I may be convicted of a class "D" felony pursuant to Iowa Code section 724.10 if I make a false statement of material fact on this application.

I understand that all information provided on this application is considered public record and may be disclosed upon request.

This "Signature On File" will be valid from this date and shall expire in one year.

Applicant Signature _Duane Schram_                    Date _3-4-08_
WP5  Rev. 02/2003

WEBER 2440

All of the following questions must be answered:

Yes No
☐ ☑ 1. Have you ever been convicted of a felony?
☐ ☑ 2. Have you ever been convicted of the misdemeanor crime of domestic abuse assault?
☐ ☑ 3. Have you ever been convicted of the misdemeanor crime of assault in violation of individual rights (hate crime)?
☐ ☑ 4. Have you ever been convicted of the misdemeanor crime of assault on a peace officer, jailer, correctional officer, fire fighter or health care provider?
☐ ☑ 5. Have you ever been convicted of the misdemeanor crime of setting a spring gun or trap?
☐ ☑ 6. Have you ever been convicted of the misdemeanor crime of hazing?
☐ ☑ 7. Have you ever been convicted of the misdemeanor crime of stalking?
☐ ☑ 8. Are you addicted to the use of alcohol or any controlled substance?
☐ ☑ 9. Do you have a history of repeated acts of violence?
☐ ☑ 10. Have you ever been adjudged mentally incompetent?

If you answered yes to any of the above, please explain: _____

☑ ☐ 11. Are you a citizen of the United States? If not, provide country of citizenship and alien registration number:  Country of citizenship: Osceola   Alien registration number: _____

# STATEMENT OF JUSTIFICATION
### TYPE OR PRINT IN INK - MUST BE COMPLETED BY APPLICANT
This statement is to contain clear and convincing evidence that this applicant may be required to use deadly force to protect his/her life or the life of another. The issuing officer may accept or reject this application for a permit to carry based on this narrative and other considerations.

*Trapping and Target Shooting*

Applicant Signature _Duane Schrans_          Date _3-4-08_

# EMPLOYER AUTHORIZATION
This section is to be completed by the employer of an applicant for a professional permit to carry weapons. This authorization affirms the above described justification for issuance as being an employment requirement.

Employer Name _____        Telephone _____

Employer Address _____

Employer Signature _____       Date _____

# ISSUING OFFICER
### MUST BE COMPLETED BY SHERIFF OR COMMISSIONER OF PUBLIC SAFETY

Application:   ☑ Approved   ☐ Disapproved      Date _03-04-08_

Reason Disapproved: _____

Signature _Douglas Weber_   ☑ Sheriff of _Osceola_ County, Iowa
☐ New Fee $ _____   ☐ Renewal Fee $ _____   ☐ Commissioner of the Iowa Department of Public Safety
☐ Peace Officer/Correctional Officer - No Fee

WEBER 2441