```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF IOWA
                    WESTERN DIVISION
```

PAUL DORR, Individually and
on behalf of all other
persons similarly situated, and
ALEXANDER DORR, Individually
and on behalf of all other                No. C08-4093
persons similarly situated,

       Plaintiffs,                        Sioux City, Iowa
                                                     June 16, 2010
  vs.                                         8:30 a.m.

DOUGLAS L. WEBER,

       Defendant.
_____/

```
              EXCERPT TRANSCRIPT OF TRIAL
         BEFORE THE HONORABLE MARK W. BENNETT
              UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs: | WILLIAM F. MOHRMAN, ESQ.<br>VINCENT J. FAHNLANDER, ESQ.<br>Mohrman & Kaardal<br>Suite 4100<br>33 South Sixth Street<br>Minneapolis, MN 55402 |
| For the Defendant: | DOUGLAS L. PHILLIPS, ESQ.<br>Klass Law Firm<br>Mayfair Center, Upper Level<br>Suite. 290<br>4280 Sergeant Road<br>Sioux City, IA 51106 |
| Court Reporter: | Shelly Semmler, RMR, CRR<br>320 Sixth Street<br>Sioux City, IA  51101<br>(712) 233-3846 |

*Contact Shelly Semmler at 712-233-3846 or shelly_semmler@iand.uscourts.gov to purchase a complete copy of the transcript*

Case 5:08-cv-04093-MWB   Document 74   Filed 03/22/12   Page 1 of 3

```
 1                            * * * *
 2              DOUGLAS L. WEBER, DEFENDANT'S WITNESS, SWORN
 3                            * * * *
 4   BY MR. MOHRMAN:
 5   Q.   Sheriff Weber, do you like your job?
 6   A.   Pardon?
 7   Q.   Do you like your job?
 8   A.   Yes.
 9   Q.   Would you go back to work as a deputy if you were defeated
10   for re-election?
11   A.   You mean next time around or --
12   Q.   Yep, next time around.
13   A.   Oh, I don't know.
14   Q.   That might be kind of difficult for you to go back down to
15   being a deputy after being -- having been sheriff; right?
16   A.   Well, I don't need to, sir, because I'm maxed out on my
17   IPERS, so I'm working for 28 percent, so I really like my job.
18                            * * * *
19
20
21
22
23
24
25
```

*Contact Shelly Semmler at 712-233-3846 or shelly_semmler@iand.uscourts.gov*
Case 5:08-cv-04093-MWB Document 74 Filed 03/22/12 Page 2 of 3
to purchase a complete copy of the transcript

```
 1                         CERTIFICATE
 2           I certify that the foregoing is a correct transcript
 3   from the record of proceedings in the above-entitled matter.
 4
 5
 6         s/ Shelly Semmler                    3-21-12
          Shelly Semmler, RMR, CRR                Date
 7
```